UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: Chee Wei Fong | ) |
| | ) Case No. 20-16813-KHT |
| | ) |
| | ) Chapter 11 |
| Debtor. | ) Subchapter V |
| | ) |

**ORDER AUTHORIZING EMPLOYMENT OF BUECHLER LAW OFFICE, LLC AS COUNSEL FOR THE DEBTOR-IN-POSSESSION**

THIS MATTER having come before the Court on the Debtor's Application to Employ Buechler Law Office, LLC, as Counsel for the Debtor, the Court having examined the Application and the attached Affidavit of Michael J. Guyerson on behalf of Buechler Law Office, LLC, and being otherwise fully advised in the premises, it is hereby

FINDS that Buechler Law Office, LLC neither holds nor represents an interest adverse to the estate with respect to matters within the scope of retention, is a disinterested person under 11 U.S.C. §§101 and 327, and that their employment is necessary and in the best interest of the estate.

The Court ORDERS that the Application is GRANTED. The Debtor is authorized to employ the firm of Buechler Law Office, LLC, as counsel for the Debtor in this bankruptcy case *nunc pro tunc* as of the filing of the Application.

DATED this 19th day of October, 2020.

BY THE COURT:

Joseph G. Rosania, Jr.
U.S. Bankruptcy Court Judge