UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| Chee Wei Fong, | ) Case No. 20-16813-JGR |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) Subchapter V |
| | ) |

**DEBTOR'S MOTION FOR ORDER AUTHORIZING RULE 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS FROM EDWARD J. KLEN, STEPHEN J. KLEN, ANGRY BEAVERS LLC, HOLESTEIN SELF STORAGE LLC, AND GREAT WESTERN BANK**

Chee Wei Fong, ("Debtor in Possession" or "Debtor"), through undersigned counsel, BUECHLER LAW OFFICE LLC, requests an order pursuant to Fed. R. Bankr. P. 2004, authorizing the Debtor to conduct an examination and obtain documents as provided below, and in support, states as follows:

## CASE HISTORY

1. The Debtor filed for relief in the United States Bankruptcy Court for the District of Colorado (the "Bankruptcy Court") under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on October 16, 2020, (the "Petition Date"), and is operating as a Debtor-in-Possession.

2. The Debtor and Richard Weingarten ("Mr. Weingarten") formed two separate limited liability companies in which they equally own 100% of all membership interests: Armed Beavers, LLC ("Armed Beavers") and Happy Beavers, LLC ("Happy Beavers").

3. In April of 2017, Armed Beavers purchased, inter alia, the following assets from Edward J. Klen and Stephen J. Klen (collectively the "Klens"): (i) 100% of the membership interests of Gunsmoke, LLC d/b/a Front Range Gun Club (the "Gunsmoke"); and (ii) all of Gunsmoke's personal property associated with the its firing range business (collectively the "Business Assets")

(including all interests, tangible and intangible, related to the operation of the gun range known as Front Range Gun Club).

4. Also in April of 2017, Happy Beavers purchased certain real property and fixtures known by street address as 697 N Denver Ave., Loveland, CO 80537 (collectively the "Real Property") from Angry Beavers, LLC and Holstein Self Service Storage, LLC (which, upon information and belief, were entities wholly owned and managed by the Klens). The firing range business was and has at all times been operated out of the Real Property.

5. On April 26, 2017, Great Western Bank ("GWB") to whom the Klens were already obligated as a result of their ownership of the Front Range Gun Club, provided a loan in the amount of $3,600,000.00 (the "**Loan**") to Happy Beavers, LLC for the purpose of facilitating Happy Beavers, LLC's purchase of the Real Property. As a condition of issuing the Loan, GWB required the Debtor and Mr. Weingarten to execute and deliver to it personal unsecured guarantees of all indebtedness related to and arising in connection with the Loan (the "**Debtor's Guaranty**" and "**Mr. Weingarten's Guaranty**" respectively). Additionally, GWB required that the Loan be secured by the business assets and the real property comprising the Front Range Gun Club.

6. The Klens then existing obligations to GWB were satisfied at that time.

7. As part of the sale transaction, the Debtor became indebted to the Klens and Angry Beavers LLC, on an unsecured basis. The Debtor estimates, based upon the claims filed by Edward Klen and Stephen Klen and Angry Beavers LLC in the cases of Happy Beavers LLC, Case No. 20-14853 JGR, Armed Beavers LLC, Case No. 20-14963 JGR and Gunsmoke LLC, Case No. 10-14962 JGR, that they may claim a total amount owed of $1,292,972.18. If these claims are disallowed, and/or offset, such amounts could change.

8. The Klens and Angry Beavers LLC are listed in the Debtor's schedules as having an

unliquidated, unsecured deficiency claim, in an unknown amount, which is listed as disputed by the Debtor.

9. The Debtor has reason to believe that the Klens and Angry Beavers LLC knowingly concealed the true deteriorating financial condition of the Front Range Gun Club, including declining membership, sales and gun range revenues, and concealed the failing or defective condition of critical equipment. The Debtor believes the Klens purposefully failed to disclose information that, had it been disclosed, would have resulted in the failure of the sale to close, all to the financial detriment of the Klens and Angry Beavers LLC and their obligations to GWB.

10. The Debtor has listed as an asset of the estate claims she may have against the Klens and Angry Beavers LLC including those for possible misrepresentation, fraud, civil conspiracy and likely others resulting from the April 2017 purchase of the Front Range Gun Club and the resulting personal liability created by that transaction for the Debtor. The value of the claims is listed as unknown in the schedules.

11. The claims of the Debtor also constitute an offset against any future proof of claim that may be filed by the Klens and Angry Beavers LLC in this case.

12. In order to properly investigate the potential claims of the Debtor and offsets that may exist visa a vie the Klens and Angry Beavers LLC, the Debtor through undersigned counsel sent a letter dated November 14, 2020 to counsel for the Klens and Angry Beavers LLC seeking voluntary production of certain personal and business records of the Klens and Angry Beaves LLC. The letter was sent in the hopes of avoiding the filing of this Motion.

10. There has been no reply to the November 14, 2020 letter.

11. The Debtor desires to obtain discovery from the Klens, Holestein Self Storage LLC and Angry Beavers LLC, and all insiders, affiliates and others as identified herein and related to the

matters identified above and any other matters affecting assets, liabilities and the administration of the Debtor's estate, including but not limited to the documents and communications listed on **Exhibit "A"** attached hereto. The discovery will include but not be limited to the taking of the Rule 2004 examinations

of Stephen J. Klen, Edward J. Klen, and a representative officer, member, or manager of Angry Beavers LLC.

12. The Debtor also will be requesting the production of documents from Great Western Bank concerning the financial transactions and loans between GWB and Stephen J. Klen, Edward J. Klen, Armed Beavers, LLC ("Armed Beavers"), Happy Beavers, LLC ("Happy Beavers"), Holestein Self Storage LLC, and Gunsmoke LLC. A Rule 45 subpoena will be served upon GWB for the documents sought. Pursuant to a pending stipulation before the Court for approval with GWB, no claims are being pursued against GWB.

13. Under Fed. R. Bankr. P. 2004(b), the Court may order the examination of any entity regarding the acts, conduct, or property, or to the liabilities and financial condition of a Debtor or to any matter which may affect the administration of the estates. The documents and information the Debtor seeks relate directly to assets and liabilities of the estate and potential claims of the Debtor and the estate.

14. The Debtor will conduct the Rule 2004 examinations through the use of remote examination, via Zoom or other available provider, and will utilize a court reporter for such services. The Debtor will coordinate a date, time and place for the examination(s) with counsel for the Klens, Holestein Self Storage LLC and Angry Beavers LLC.

15. The Debtor will also coordinate all document production requests with GWB and its counsel.

WHEREFORE, the Debtor requests that the Court enter an Order authorizing it to obtain documents, serve subpoenas, and conduct examinations of the entities described above, including Stephen J. Klen, Edward J. Klen, Angry Beavers LLC, Holestein Self Storage LLC, and Great Western Bank, and to grant any additional relief as the Court deems proper.

Dated: December 15, 2020

Respectfully submitted,
BUECHLER LAW OFFICE, L.L.C.
Michael J. Guyerson, Esq #11279

*/s/ Michael J. Guyerson*
999 18th Street, Suite 1230-S
Denver, Colorado 80202
Tel: 720-381-0045
Fax: 720-381-0382
Counsel to Debtor

## EXHIBIT A

## DEFINITIONS AND INSTRUCTIONS

A. The words "Document" and "Documents" shall have the meaning given them in Fed. R. Civ. P. 34(a) and shall also include Communications as defined below. Unless otherwise indicated, the time period with respect to the Documents shall be from January 1, 2015 through January 1, 2018, and shall be limited to Documents in your possession, custody, or control.

B. The terms "Communication" and "Communications" include the transmission of facts, opinions, beliefs, and any other form of information or expressions of thought between or among persons or entities or the rendition of such information and expressions of thought by a person or entity to himself, itself or to a file. Unless otherwise indicated, the time period with respect to the Communications shall be from January 1, 2015 through January 1, 2018.

C. "Debtor" shall mean the Debtor in the present case.

D. The word "or" includes "and/or."

E. "You" or "your" means individually or collectively the person to whom this request is directed.

F. "Relate" or "relating to" are to be used in their broadest sense and mean to refer to, discuss, involve, reflect, deal with, consist of, represent, constitute, emanate from, be directed at, or in any way pertain, in whole or in part, to the subject of the request.

G. **Pursuant to Fed. R. Civ. P. 34(b)(1)(C), the Debtor requests that all responsive emails, word processing documents, and spreadsheet documents be produced in their native electronic format. The Committee requests that any responsive electronic information stored in and used by accounting programs be produced in Microsoft Excel readable format.**

H. The phrase "All Documents and Communications" should be read to exclude attorney-client privileged materials, but in the event materials exists which are claimed as privileged please provide a privilege log, through counsel, to the Committee.

## DOCUMENTS TO BE PRODUCED

1. All financial statements for Gunsmoke LLC, Angry Beavers LLC, and Holestein Self Storage, LLC for the time period of January 1, 2015 to January 1, 2018.

2. All personal financial statements given by you to Great Western Bank in connection with the outstanding loans of Gunsmoke LLC, Angry Beavers LLC, and Holestein Self Storage, LLC for the time period of January 1, 2015 to January 1, 2018.

3. All personal financial statements given by you to Great Western Bank in connection with all personal loans you may have had for the time period of January 1, 2015 to January 1, 2018.

1

4. All personal financial statements given by you to Great Western Bank in connection with any guarantees of the outstanding loans of Gunsmoke LLC, Angry Beavers LLC, and Holestein Self Storage, LLC for the time period of January 1, 2015 to January 1, 2018.

5. All business records pertaining to the number of gun club members of the Front Range Gun Club for the time period of January 1, 2015 to January 1, 2018.

6. All business records pertaining to Front Range Gun Club cash sales, gun range income and expenses, including bank statements for Gunsmoke LLC, Angry Beavers LLC, and) Holestein Self Storage, LLC for the time period of for the time period of January 1, 2015 to January 1, 2018.

7. Your personal federal tax returns for the years 2015, 2016 and 2017.

8. All business federal tax returns for (a) Gunsmoke LLC, (b) Angry Beavers, LLC and (c) Holstein Self Service Storage, LLC for the years 2015, 2016, and 2017.

9. All maintenance and repairs records for all machinery and equipment of the Front Range Gun Club, Gunsmoke LLC, and Angry Beavers LLC for the years 2015, 2016, and 2017.

10. All communications between you and GWB concerning the loans of GWB to Gunsmoke LLC,) Angry Beavers LLC, and Holestein Self Storage, LLC during the time period of January 1, 2015 to January 1, 2018.

11. All communications between you and GWB concerning the loans of GWB to you or your guarantee of any obligations of Gunsmoke LLC, Angry Beavers LLC, and Holestein Self Storage, LLC during the time period of January 1, 2015 to January 1, 2018.

12. All communications between you and Stephen J. Klen, or Edward J. Klen, or Gunsmoke LLC, or Angry Beavers LLC, or Holestein Self Storage, LLC concerning the possible sale of the Front Range Gun Club during the time period of January 1, 2015 to January 1, 2018.

13. All communications between you and Great Western Bank concerning the possible sale of the Front Range Gun Club during the time period of January 1, 2015 to January 1, 2018.

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 15, 2020, I served by prepaid first class mail [or (other acceptable means, i.e. via hand delivery] a copy of the **Debtor's Motion For Order Authorizing Rule 2004 Examination And Production of Documents From Edward J. Klen, Stephen J. Klen, Angry Beavers LLC, Holestein Self Storage LLC, and Great Western Bank**, on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

**VIA U.S. MAIL and/or Email:**
Chee Wei Fong
3751 W. 136th Avenue, Unit S2
Broomfield, CO 80023

**Via CM/ECF:**

| Nancy D. Miller | Ingrid J. DeFranco |
|---|---|
| Michael C. Payne | Abbey Dreher |
| Alison Goldenberg | Joli A. Lofstedt |
| U.S. Trustee | |

Dated December 15, 2020

*/s/ Teresa White*
For Buechler Law Office, L.L.C.