**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>CHEE WEI FONG,<br>SSN:  xxx-xx-3883<br><br><br>Debtor. | Case No. 20-16813-JGR<br>Chapter 11, Subchapter V |

**ORDER SETTING TELEPHONIC PRELIMINARY HEARING**

      THIS MATTER comes before the Court on the Objection to Certain Claims of Exemption filed by Angry Beavers, LLC, Edward Klen and Stephen Klen on December 11, 2020 (Doc. 61) and the Response thereto filed by the Debtor on December 22, 2020 (Doc. 77). The Court, having reviewed the pleadings, and being advised in the premises,

      ORDERS a telephonic hearing on the matter will be held on **Wednesday, February 17, 2021 at 11:00 a.m., in Courtroom B**, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202.

      The hearing will be conducted telephonically.

Counsel/parties shall appear by telephone at the hearing. The following instructions are provided for appearing by telephone and connecting to the conference call line:

Dial **1-888-684-8852**, a few minutes prior to commencement of the hearing. It is a computerized system and you will be prompted to input an access code, followed by the pound sign (#). The access code is: **9369782.** You will then be connected into the conference.

Failure to connect to the conference in a timely manner may preclude your participation in the hearing. If you are unable to connect after following the instructions provided, please call the Judge's chambers at 720-904-7327 and leave a name and the telephone number where you can be reached and the Court will return the call.

      Dated this 20th day of January, 2021.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge