# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) |
| CHEE WEI FONG | ) Case No. 20-16813-JGR |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) Subchapter V |

## CERTIFICATE OF SERVICE

    I hereby certify that on January 19, 2021, I served by prepaid first class mail [or (other acceptable means, i.e. via hand delivery] a copy of the **Plan of Reorganization for Small Business Under Chapter 11 Dated January 4, 2021, Order Setting Hearing on Confirmation of Subchapter V Plan and Notice of Deadlines, and Ballot** on all creditors, and other parties in interest whose votes on the plan are to be solicited contained on the attached list, which is a copy of the Court's Creditor Address Mailing Matrixes for these cases, obtained from PACER on January 19, 2021, and, if applicable, other interested parties the movant mailed notice at the following addresses:

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Securities and Exchange Commission
Midwest Regional Office
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604

Securities and Exchange Commission
Central Regional Office
1961 Stout Street, Suite 1700
Denver, CO 80202

Commissioner of Securities
State of Colorado
1560 Broadway, Suite 900
Denver, CO 80202

      I further certify that on January 19, 2021, I served by prepaid first class mail [or (other acceptable means, i.e. via hand delivery] a copy of the **Plan of Reorganization for Small Business Under Chapter 11 Dated January 4, 2021, Order Setting Hearing on Confirmation of Subchapter V Plan and Notice of Deadlines, and Ballot** to all parties in interest whose votes on the Plan are not to be solicited as follows:

| | |
|---|---|
| Chee Wei Fong<br>3751 W. 136th Avenue, Unit S2<br>Broomfield, CO 80023 | US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout Street, Suite 12-200<br>Denver, CO 80294 |

Dated: January 19, 2021

By: */s/ Teresa White*

For Buechler Law Office, L.L.C.

```
Label Matrix for local noticing          Dickensheet & Associates              Great Western Bank
1082-1                                   1501 West Wesley Ave                  Coan, Payton & Payne, LLC
Case 20-16813-JGR                        Denver, CO 80223-4238                 Michael C. Payne, Esq.
District of Colorado                                                           1711 61st Avenue, Unit 100
Denver                                                                         Greeley, CO 80634-3046
Tue Jan 19 11:53:23 MST 2021

Quicken Loans, LLC                       US Bankruptcy Court                   American Express National Bank
c/o BFW                                  US Custom House                       c/o Becket and Lee LLP
4004 Belt Line Road, Ste. 100            721 19th St.                          PO Box 3001
Addison, TX 75001-4320                   Denver, CO 80202-2508                 Malvern  PA 19355-0701


American Express Personal Loans          Angry Beavers LLC                     Angry Beavers, LLC
PO Box 650448                            6909 Shannon Ct                       6909 Shannon Court
Dallas, TX 75265-0448                    Loveland, CO 80538-9428               Loveland, CO 80538-9428


Colorado Department Of Revenue           Edward Klen                           Extraction Oil & Gas Company
1375 Sherman St.                         6909 Shannon Ct                       370 17th Street
Room 504                                 Loveland, CO 80538-9428               Suite 5300
Attention Bankruptcy Unit                                                      Denver, CO 80202-5653
Denver CO 80261-3000

Great Western Bank                       Great Western Bank                    Gunsmoke LLC, Happy Beavers LLC, Armed B
3800 E. 15th Street                      c/o Coan, Payton & Payne, LLC         697 N Denver Ave
Loveland, CO 80538-8713                  1711 61st Ave., Ste. 100              Loveland, CO 80537-5143
                                         Greeley, CO 80634-3046

IRS                                      Michael Payne -Coan, Payton & Payne, LLC   Nancy Miller
PO Box 7346                              1711 61st Ave                         445 Union Blvd
Philadelphia PA 19101-7346               Unit 100                              Suite 209
                                         Greeley, CO 80634-3046                Denver, CO 80228-1241


Nancy Miller, Esq                        Premier Members Credit Union          Quicken Loans
445 Union Blvd                           5505 Arapahoe Ave                     PO Box 6577
Suite 209                                Boulder, CO 80303-1261                Carol Stream, IL 60197-6577
Denver, CO 80228-1241


Quicken Loans, LLC FKA Quicken Loans Inc.   Richard Weingarten                 Securities and Exchange Commission
635 Woodward Ave.                        1133 Northridge Dr                    Central Regional Office
Detroit, MI 48226-3408                   Erie, CO 80516-9053                   1961 Stout St.
                                                                               Ste. 1700
                                                                               Denver CO 80294-1700

Securities and Exchange Commission       Stephen Klen                          Synchrony Bank
Midwest Regional Office                  11605 Harpenden Ln                    PO Box 960061
175 W. Jackson Blvd.                     Fort Lupton, CO 80621-9603            Orlando, FL 32896-0061
Ste. 900
Chicago IL 60604-2815

Synchrony Bank                           US Trustee                            Wells Fargo
c/o PRA Receivables Management, LLC      Byron G. Rogers Federal Building      PO Box 54349
PO Box 41021                             1961 Stout St.                        Los Angeles, CA 90054-0349
Norfolk VA 23541-1021                    Ste. 12-200
                                         Denver, CO 80294-6004
```

```
Wells Fargo Bank, N.A.              Chee Wei Fong                           (p)JOLI A  LOFSTEDT
435 Ford Road, Suite 300            3751 W. 136th Avenue, Unit S2           ATTN JOLI A LOFSTEDT TRUSTEE
St. Louis Park, MN 55426-4938       Broomfield, CO 80023-8149               PO BOX 270561
                                                                            LOUISVILLE CO 80027-5009


Michael J. Guyerson
999 18th St.
Ste., 1230 South
Denver, CO 80202-2414
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Joli A. Lofstedt
Joli A. Lofstedt,Trustee
PO Box 270561
Louisville, CO 80027
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Angry Beavers, LLC                (d)Synchrony Bank                      (u)Edward J. Klen
                                     c/o PRA Receivables Management, LLC
                                     PO Box 41021
                                     Norfolk, VA 23541-1021


(u)Stephen J. Klen                   End of Label Matrix
                                     Mailable recipients    33
                                     Bypassed recipients     4
                                     Total                  37
```