# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:                                    )
                                          )
                                          )
CHEE WEI FONG                             )        Case No. 20-16813-JGR
                                          )
                Debtor.                   )        Chapter 11
                                          )        Subchapter V

## CERTIFICATE OF SERVICE

**L.B.R. 9013-1 CERTIFICATE OF SERVICE OF MOTION, NOTICE AND PROPOSED ORDER**

The undersigned certifies that on February 11, 2021, I served by prepaid first class mail [or (other acceptable means, i.e. via hand delivery] a copy of the Application to Employ Haynie and Company, CPAs as Accountant, Notice, and Proposed Order on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR. P. and these L.B.R. at the following addresses:

**Via U.S. Mail and/or Email**:
Chee Wei Fong
3751 W. 136th Avenue, Unit S2
Broomfield, CO 80023

**Via CM/ECF:**

| | |
|---|---|
| Nancy D. Miller | Ingrid J. DeFranco |
| Michael C. Payne | Abbey Dreher |
| Alison Goldenberg | Joli A. Lofstedt |
| U.S. Trustee | |

**L.B.R. 2002-1 CERTIFICATE OF SERVICE OF NOTICE**

The undersigned further certifies that on February 11, 2021, I served by prepaid first class mail [or (other acceptable means, i.e. via hand delivery] a copy of the foregoing Notice in accordance with FED.R.BANKR.P. 2002 and 11 U.S.C. §342(c) (as applicable) on parties in interest contained on the attached list, which is a copy of the Court's Creditor Address Mailing Matrix for this case, obtained from PACER on February 11, 2021, and, if applicable, other interested parties the movant mailed notice at the following addresses:

*/s/Teresa Neely-White*

By: _____

For Buechler Law Office, L.L.C.

Label Matrix for local noticing
1082-1
Case 20-16813-JGR
District of Colorado
Denver
Thu Feb 11 12:30:38 MST 2021

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

American Express Personal Loans
PO Box 650448
Dallas, TX 75265-0448

Angry Beavers LLC
6909 Shannon Ct
Loveland, CO 80538-9428

Angry Beavers, LLC
6909 Shannon Court
Loveland, CO 80538-9428

Colorado Department Of Revenue
1375 Sherman St.
Room 504
Attention Bankruptcy Unit
Denver CO 80261-3000

Ingrid J. DeFranco
PO Box 128
Brighton, CO 80601-0128

Dickensheet & Associates
1501 West Wesley Ave
Denver, CO 80223-4238

Abbey Dreher
4004 Belt Line Rd.
Ste. 100
Addison, TX 75001-4320

Edward Klen
6909 Shannon Ct
Loveland, CO 80538-9428

Extraction Oil & Gas Company
370 17th Street
Suite 5300
Denver, CO 80202-5653

Chee Wei Fong
3751 W. 136th Avenue, Unit S2
Broomfield, CO 80023-8149

Alison Goldenberg
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

Great Western Bank
Coan, Payton & Payne, LLC
Michael C. Payne, Esq.
1711 61st Avenue, Unit 100
Greeley, CO 80634-3046

Great Western Bank
3800 E. 15th Street
Loveland, CO 80538-8713

Great Western Bank
c/o Coan, Payton & Payne, LLC
1711 61st Ave., Ste. 100
Greeley, CO 80634-3046

Gunsmoke LLC, Happy Beavers LLC, Armed B
697 N Denver Ave
Loveland, CO 80537-5143

Michael J. Guyerson
999 18th St.
Ste., 1230 South
Denver, CO 80202-2414

IRS
PO Box 7346
Philadelphia PA 19101-7346

(p)JOLI A  LOFSTEDT
ATTN JOLI A LOFSTEDT TRUSTEE
PO BOX 270561
LOUISVILLE CO 80027-5009

Michael Payne -Coan, Payton & Payne, LLC
1711 61st Ave
Unit 100
Greeley, CO 80634-3046

Nancy D. Miller
PO Box 1015
Boulder, CO 80306-1015

Nancy Miller
445 Union Blvd
Suite 209
Denver, CO 80228-1241

Nancy Miller, Esq
445 Union Blvd
Suite 209
Denver, CO 80228-1241

Michael C. Payne
c/o Coan Payton & Payne
1711 61st Avenue
Suite 100
Greeley, CO 80634-3046

Premier Members Credit Union
5505 Arapahoe Ave
Boulder, CO 80303-1261

Quicken Loans
PO Box 6577
Carol Stream, IL 60197-6577

Quicken Loans, LLC
c/o BFW
4004 Belt Line Road, Ste. 100
Addison, TX 75001-4320

Quicken Loans, LLC FKA Quicken Loans Inc.
635 Woodward Ave.
Detroit, MI 48226-3408

Richard Weingarten
1133 Northridge Dr
Erie, CO 80516-9053

Securities and Exchange Commission
Central Regional Office
1961 Stout St.
Ste. 1700
Denver CO 80294-1700

Securities and Exchange Commission
Midwest Regional Office
175 W. Jackson Blvd.
Ste. 900
Chicago IL 60604-2815

Stephen Klen
11605 Harpenden Ln
Fort Lupton, CO 80621-9603

Synchrony Bank
PO Box 960061
Orlando, FL 32896-0061

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

Wells Fargo
PO Box 54349
Los Angeles, CA 90054-0349

Wells Fargo Bank, N.A.
435 Ford Road, Suite 300
St. Louis Park, MN 55426-4938


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Joli A. Lofstedt
Joli A. Lofstedt,Trustee
PO Box 270561
Louisville, CO 80027


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Angry Beavers, LLC

(u)Edward J. Klen

(u)Stephen J. Klen


(d)Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients      37
Bypassed recipients       4
Total                    41