Fill in this information to identify the case:

Debtor Name __Chee Wei Fong__

United States Bankruptcy Court for the: District of Colorado

Case number: __20-16813JGR-CH11__

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: __Mar 2021__    Date report filed: __04 / 26 / 2021__

Line of business: _____    NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:    CHEE WEI FONG

Original signature of responsible party    *[signature]*

Printed name of responsible party    CHEE WEI FONG

## ■ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
|  | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.* |  |  |  |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
|  | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.* |  |  |  |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Chee Wei Fong                                    Case number  20-16813JGR-CH11

17. Have you paid any bills you owed before you filed bankruptcy?    ☐  ☑  ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $ 35,118.27

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 7,995.44

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ 4,665.06

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    + $ 3,330.38

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ 39,272.08

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 13,818.58

        Interim Compensation owed to counsel as of 3/31/2021 per
        pending interim fee application

Debtor Name  Chee Wei Fong                                    Case number  20-16813JGR-CH11

---

| | **4. Money Owed to You** |

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                  $ _____0.00_____

      *(Exhibit F)*

---

| | **5. Employees** |

26.  What was the number of employees when the case was filed?                              _____0_____

27.  What is the number of employees as of the date of this monthly report?                 _____0_____

---

| | **6. Professional Fees** |

28.  How much have you paid this month in professional fees related to this bankruptcy case?          $ ___7,677.60___ *

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ ___38,974.19___ *

30.  How much have you paid this month in other professional fees?                                    $ ___0.00___

31.  How much have you paid in total other professional fees since filing the case?                   $ ___1,500.00___

---

| | **7. Projections** |

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 6,881.00 | − | $ 7,995.44 | = | $ -1,114.44 |
| 33. **Cash disbursements** | $ 5,824.00 | − | $ 4,665.06 | = | $ 1,158.94 |
| 34. **Net cash flow** | $ 1,057.00 | − | $ 3,330.38 | = | $ -2,273.38 |

35.  Total projected cash receipts for the next month:                          $ 6,881.00

36.  Total projected cash disbursements for the next month:                   - $ 5,824.00

37.  Total projected net cash flow for the next month:                        = $ 1,057.00

           **\*Paid from retainer, retainer balance $823.43**

---

Debtor Name  Chee Wei Fong                                              Case number 20-16813JGR-CH11

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Report: 2021 Last Month Income Transaction by Month

Chee  Wei Fong

Last Month: 3/1/2021 - 3/31/2021

Exhibit C

| Date | Payee | Category | Amount |
|------|-------|----------|--------|
| 3/2/21 | Front Range Gun Payroll 210302 P4548344 Chee Wei Fong | Income - GunSmoke | 380.27 |
| 3/3/21 | Mobile Deposit : Ref Number :807030688906 | Deposit | 21.97 |
| 3/5/21 | COLLABERA INC DIRECT DEP 210305 936917215574XEL FONG.CHEE WEI | Income - Collabera | 3,415.21 |
| 3/16/21 | Front Range Gun Payroll Pxxx9404 Chee Wei Fong | Income - GunSmoke | 381.28 |
| 3/19/21 | COLLABERA INC DIRECT DEP XXXXXXXX9870XEL FONG.CHEE WEI | Income - Collabera | 3,415.21 |
| 3/30/21 | Front Range Gun Payroll 210330 P4780037 Chee Wei Fong | Income - GunSmoke | 381.26 |
| 3/31/21 | Interest Payment : Wells Fargo Bank Interest Income | Deposit | 0.24 |
| TOTAL | | | 7,995.44 |

Report: 2021 Last Month Transactions by Month                                          Chee Wei Fong

Last Month: 3/1/2021 - 3/31/2021                                                           Exhibit D

| Date | Account | Payee | Category | Amount |
|------|---------|-------|----------|--------|
| 3/1/21 | WF DIP Checking x6748 | Chick-fil-a | Food and House Keeping | -15.18 |
| 3/1/21 | WF DIP Checking x6748 | Cracker Barrel | Food and House Keeping | -30.65 |
| 3/1/21 | WF DIP Checking x6748 | King Soopers | Auto Fuel | -26.85 |
| 3/1/21 | WF DIP Checking x6748 | King Soopers | Food and House Keeping | -28.05 |
| 3/2/21 | WF DIP Checking x6748 | King Soopers | Food and House Keeping | -17.13 |
| 3/2/21 | WF DIP Checking x6748 | Adt Security | Home Security | -63.04 |
| 3/3/21 | WF DIP Checking x6748 | Sam's Club | Food and House Keeping | -15.33 |
| 3/3/21 | WF DIP Checking x6748 | Quicken Loans | Home Mortgage | -1,786.45 |
| 3/4/21 | WF DIP Checking x6748 | King Soopers | Food and House Keeping | -22.23 |
| 3/5/21 | WF DIP Checking x6748 | Firehouse Subs | Food and House Keeping | -19.19 |
| 3/8/21 | WF DIP Checking x6748 | The Great Greek | Food and House Keeping | -24.54 |
| 3/8/21 | WF DIP Checking x6748 | Cracker Barrel | Food and House Keeping | -29.15 |
| 3/8/21 | WF DIP Checking x6748 | Chick-fil-a | Food and House Keeping | -10.84 |
| 3/8/21 | WF DIP Checking x6748 | Apple | Entertainment | -8.99 |
| 3/8/21 | WF DIP Checking x6748 | American Family Insurance | Auto Insurance | -123.06 |
| 3/9/21 | WF DIP Checking x6748 | Mcgraff | Food and House Keeping | -26.98 |
| 3/9/21 | WF DIP Checking x6748 | Premier Members Credit Union | Home HELOC | -750 |
| 3/9/21 | WF DIP Checking x6748 | Wal-mart | Food and House Keeping | -31.21 |
| 3/9/21 | WF DIP Checking x6748 | Lake Front Hoa | Home HOA Dues | -295 |
| 3/10/21 | WF DIP Checking x6748 | Chipotle | Food and House Keeping | -9.01 |
| 3/10/21 | WF DIP Checking x6748 | King Soopers | Food and House Keeping | -20.74 |
| 3/11/21 | WF DIP Checking x6748 | Kum & Go | Auto Fuel | -37.65 |
| 3/12/21 | WF DIP Checking x6748 | Safeway | Food and House Keeping | -21.93 |
| 3/15/21 | WF DIP Checking x6748 | Firehouse Subs | Food and House Keeping | -11.62 |
| 3/15/21 | WF DIP Checking x6748 | Cracker Barrel | Food and House Keeping | -29.65 |
| 3/17/21 | WF DIP Checking x6748 | Georgia Boys Bbq Inc. | Food and House Keeping | -34.88 |
| 3/17/21 | WF DIP Checking x6748 | Wal-mart | Food and House Keeping | -48.61 |

| | | | |
|---|---|---|---|
| 3/18/21 | WF DIP Checking x6748 | Circle K | Auto Fuel | -40.1 |
| 3/18/21 | WF DIP Checking x6748 | Xcel Energy | Home Electricity and Gas | -104.91 |
| 3/19/21 | WF DIP Checking x6748 | Comcast | Home Telecommunication | -92.02 |
| 3/22/21 | WF DIP Checking x6748 | Big Daddy Bagel | Food and House Keeping | -38.16 |
| 3/22/21 | WF DIP Checking x6748 | Popeye's | Food and House Keeping | -20.61 |
| 3/22/21 | WF DIP Checking x6748 | Cracker Barrel | Food and House Keeping | -30 |
| 3/22/21 | WF DIP Checking x6748 | At&t | Home Telecommunication | -62.54 |
| 3/23/21 | WF DIP Checking x6748 | U.s. Lawshield | Legal - US Law Shield | -13.9 |
| 3/23/21 | WF DIP Checking x6748 | Cracker Barrel | Food and House Keeping | -22.18 |
| 3/25/21 | WF DIP Checking x6748 | King Soopers | Personal Care | -45.69 |
| 3/25/21 | WF DIP Checking x6748 | Front Range Gun Club, Llc | Entertainment | -60.1 |
| 3/25/21 | WF DIP Checking x6748 | Circle K | Auto Fuel | -39.79 |
| 3/26/21 | WF DIP Checking x6748 | Sam's Club | Personal Care | -93.11 |
| 3/26/21 | WF DIP Checking x6748 | Wal-mart | Food and House Keeping | -20.84 |
| 3/26/21 | WF DIP Checking x6748 | Swedish Medical | Medical/Eyes/Dental Expenses | -35 |
| 3/26/21 | WF DIP Checking x6748 | Benedicts | Food and House Keeping | -35.61 |
| 3/26/21 | WF DIP Checking x6748 | Sprouts Farmers Market, Inc. | Food and House Keeping | -16.2 |
| 3/29/21 | WF DIP Checking x6748 | Chick-fil-a | Food and House Keeping | -10.84 |
| 3/30/21 | WF DIP Checking x6748 | Brewing Market | Food and House Keeping | -27.01 |
| 3/30/21 | WF DIP Checking x6748 | Wal-mart | Food and House Keeping | -33.1 |
| 3/31/21 | WF DIP Checking x6748 | Office Depot | Home Office/Professional Fees | -95.49 |
| 3/31/21 | WF DIP Checking x6748 | Batteries | Auto Service and Repair | -189.9 |
| TOTAL | | | | -4,665.06 |

# Wells Fargo® Preferred Checking

March 31, 2021 ■ Page 1 of 5



CHEE WEI FONG
DEBTOR IN POSSESSION
CH11 CASE #20-16813 (CO)
3751 W 136TH AVE UNIT S2
BROOMFIELD CO 80023-8149

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**   (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (163)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|:---:|---|:---:|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☑ |
| Mobile Banking | ☐ | Debit Card | |
| My Spending Report | ☑ | Overdraft Service | ☑ |

 IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 3/1 | $27,193.43 |
| Deposits/Additions | 7,995.44 |
| Withdrawals/Subtractions | - 4,665.06 |
| **Ending balance on 3/31** | **$30,523.81** |

Account number: ██████6748

**CHEE WEI FONG**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-16813 (CO)**

*Colorado account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ███████0076

March 31, 2021  ■  Page 2 of 5



---

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.24 |
| Average collected balance | $28,965.06 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.24 |
| Interest paid this year | $0.66 |
| Total interest paid in 2020 | $0.35 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/1 | | Purchase authorized on 02/27 Chick-Fil-A #03634 Westminster CO S581059096999366 Card 3990 | | 15.18 | |
| 3/1 | | Purchase authorized on 02/28 Cracker Barrel # 5800 McW Loveland CO P00581060072973725 Card 3990 | | 30.65 | |
| 3/1 | | Purchase authorized on 03/01 King Soopers #07 2395 W. Broomfield CO P00461061005103582 Card 3990 | | 26.85 | |
| 3/1 | | Purchase authorized on 03/01 King Soop 2355 W. 136T Broomfield CO P00000000532585484 Card 3990 | | 28.05 | 27,092.70 |
| 3/2 | | Front Range Gun Payroll 210302 P4548344 Chee Wei Fong | 380.27 | | |
| 3/2 | | Purchase authorized on 03/02 King Soop 2355 W. 136T Broomfield CO P00000000582138694 Card 3990 | | 17.13 | |
| 3/2 | | ADT Security Ser Adtpapach xxxxx0151 Fong, Chee Wei | | 63.04 | 27,392.80 |
| 3/3 | | Mobile Deposit : Ref Number :807030688906 | 21.97 | | |
| 3/3 | | Bill Pay Quicken Loans Recurring xxxxx37134 on 03-03 | | 1,786.45 | |
| 3/3 | | Purchase authorized on 03/03 Sams Club Sam's Club Loveland CO P00000000381351250 Card 3990 | | 15.33 | 25,612.99 |
| 3/4 | | Purchase authorized on 03/04 King Soop 2355 W. 136T Broomfield CO P00000000232317156 Card 3990 | | 22.23 | 25,590.76 |
| 3/5 | | Collabera Inc Direct Dep 210305 936917215574Xel Fong,Chee Wei | 3,415.21 | | |
| 3/5 | | Purchase authorized on 03/03 Firehouse Subs 128 Loveland CO S301062683004982 Card 3990 | | 19.19 | 28,986.78 |
| 3/8 | | Purchase authorized on 03/05 Tst* The Great Gre Westminster CO S581064862891305 Card 3990 | | 24.54 | |
| 3/8 | | Purchase authorized on 03/06 Cracker Barrel # 5800 McW Loveland CO P0030106553220074 Card 3990 | | 29.15 | |
| 3/8 | | Purchase authorized on 03/06 Chick-Fil-A #03634 Westminster CO S381066094561423 Card 3990 | | 10.84 | |
| 3/8 | | Purchase authorized on 03/07 Apple.Com/Bill 866-712-7753 CA S381066580729091 Card 3990 | | 8.99 | |
| 3/8 | | American Family Aft 210306 B00000210651Dj8 Chee W Fong | | 123.06 | 28,790.20 |
| 3/9 | | Purchase authorized on 03/07 Tst* McGraff S Loveland CO S581067048143653 Card 3990 | | 26.98 | |
| 3/9 | | Bill Pay Premier Members Credit Union Recurring xxxxxxxxxx36353 on 03-09 | | 750.00 | |
| 3/9 | | Purchase authorized on 03/09 Wal-Mart Super Center Loveland CO P00000000436397047 Card 3990 | | 31.21 | |
| 3/9 | | Lake Front Hoa Dues 210305 xxxxx0320 Chee Wei Fong | | 295.00 | 27,687.01 |
| 3/10 | | Purchase authorized on 03/09 Chipotle 0780 Loveland CO S581068813845750 Card 3990 | | 9.01 | |

March 31, 2021 ■ Page 3 of 5



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/10 | | Purchase authorized on 03/10 King Soop 253 E. 29th Loveland CO P0000000272068291 Card 3990 | | 20.74 | 27,657.26 |
| 3/11 | | Purchase authorized on 03/11 Kum&Go 0994 Loveland Loveland CO P00301070594723568 Card 3990 | | 37.65 | 27,619.61 |
| 3/12 | | Purchase authorized on 03/12 Safeway #2624 Broomfield CO P00461072059929404 Card 3990 | | 21.93 | 27,597.68 |
| 3/15 | | Purchase authorized on 03/12 Firehouse Subs 128 Loveland CO S301071827695462 Card 3990 | | 11.62 | |
| 3/15 | | Purchase authorized on 03/13 Cracker Barrel # 5800 McW Loveland CO P0038107253040493 Card 3990 | | 29.65 | 27,556.41 |
| 3/16 | | Front Range Gun Payroll 210316 P4669404 Chee Wei Fong | 381.28 | | 27,937.69 |
| 3/17 | | Purchase authorized on 03/16 Georgia Boys Bbq Longmont CO S581076028466925 Card 3990 | | 34.88 | |
| 3/17 | | Purchase authorized on 03/17 WM Superc Wal-Mart Sup Loveland CO P0000000282901563 Card 3990 | | 48.61 | 27,854.20 |
| 3/18 | | Purchase authorized on 03/18 Circle K # 41129 885 W Broomfield CO P0000000481782508 Card 3990 | | 40.10 | |
| 3/18 | | Xcel Energy-PSCO Xcelenergy 00087262622 Well Fargo Personal | | 104.91 | 27,709.19 |
| 3/19 | | Collabera Inc Direct Dep 210319 929719449870Xel Fong,Chee Wei | 3,415.21 | | |
| 3/19 | | Comcast 8497101 xxxxx4202 210318 7325091 Chee Wei *Fong | | 92.02 | 31,032.38 |
| 3/22 | | Purchase authorized on 03/19 Sq *Big Daddy Bage Lafayette CO S581078436490540 Card 3990 | | 38.16 | |
| 3/22 | | Purchase authorized on 03/19 Popeyes 12756 / 42 Longmont CO S461078805320926 Card 3990 | | 20.61 | |
| 3/22 | | Purchase authorized on 03/21 Cracker Barrel # 5800 McW Loveland CO P0058108049868918O Card 3990 | | 30.00 | |
| 3/22 | | ATT Payment 032021 844687013Epayn Chee Wei Fong | | 62.54 | 30,881.07 |
| 3/23 | | Recurring Payment authorized on 03/22 U.S. Lawshield WWW.Uslawshie TX S461081545858656 Card 3990 | | 13.90 | |
| 3/23 | | Purchase authorized on 03/23 Cracker Barrel # 5800 McW Loveland CO P0030108302637104 7 Card 3990 | | 22.18 | 30,844.99 |
| 3/25 | | Purchase authorized on 03/24 Front Range Gun Cl Loveland CO S301083614526103 Card 3990 | | 60.10 | |
| 3/25 | | Purchase authorized on 03/25 Circle K # 41129 885 W Broomfield CO P0000000834058439 Card 3990 | | 39.79 | |
| 3/25 | | Purchase authorized on 03/25 King Soop 2355 W. 136T Broomfield CO P00000000975964331 Card 3990 | | 45.69 | 30,699.41 |
| 3/26 | | Purchase authorized on 03/25 Swedish Medical Ce 8664751385 TN S461084461168819 Card 3990 | | 35.00 | |
| 3/26 | | Purchase authorized on 03/25 Benedicts Restaura 720-5299797 CO S381084526147822 Card 3990 | | 35.61 | |
| 3/26 | | Purchase authorized on 03/26 Sprouts Farmers Market # Loveland CO P00461085568006542 Card 3990 | | 16.20 | |
| 3/26 | | Purchase authorized on 03/26 Sams Club Sam's Club Loveland CO P0000000772784767 Card 3990 | | 93.11 | |
| 3/26 | | Purchase authorized on 03/26 Wal-Mart #0953 Loveland CO P0000000185222154 Card 3990 | | 20.84 | 30,498.65 |
| 3/29 | | Purchase authorized on 03/27 Chick-Fil-A #03634 Westminster CO S461087061739756 Card 3990 | | 10.84 | 30,487.81 |
| 3/30 | | Front Range Gun Payroll 210330 P4780037 Chee Wei Fong | 381.26 | | |
| 3/30 | | Purchase authorized on 03/29 Brewing Market Cof Longmont CO S301088586171611 Card 3990 | | 27.01 | |
| 3/30 | | Purchase authorized on 03/30 Wal-Mart #0953 Loveland CO P0000000587613008 Card 3990 | | 33.10 | 30,808.96 |
| 3/31 | | Purchase authorized on 03/31 Office DE 277 E. 29th Loveland CO P00000000689196186 Card 3990 | | 95.49 | |

March 31, 2021 ■ Page 4 of 5



---

## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/31 | | Purchase authorized on 03/31 Batteries+Bulbs #0433 Loveland CO P00301090689217576 Card 3990 | | 189.90 | |
| 3/31 | | Interest Payment | 0.24 | | 30,523.81 |
| **Ending balance on 3/31** | | | | | **30,523.81** |
| **Totals** | | | **$7,995.44** | **$4,665.06** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2021 - 03/31/2021 | Standard monthly service fee $15.00 | You paid $0.00 | |
|---|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period | |
| Have any **ONE** of the following account requirements | | | |
| · Total amount of qualifying direct deposits | $1,000.00 | $7,973.23 | ☑ |
| · A linked Wells Fargo home mortgage | 1 | 0 | ☐ |
| · Combined balance in linked accounts, which may include | $10,000.00 | $25,590.76 | ☑ |
|   · Minimum daily balance in personal checking, savings, Time Accounts (CDs) and FDIC-insured Retirement accounts | | | |

JD/JD

# ✔ IMPORTANT ACCOUNT INFORMATION



Effective on or after April 1, 2021, the ATM Access Code feature will no longer be available to access your accounts at Wells Fargo ATMs. You may continue to access Wells Fargo ATMs using your Wells Fargo Debit, ATM or EasyPay Card, or with a Wells Fargo-supported digital wallet on your mobile device. For more information about adding your card to a digital wallet, please visit wellsfargo.com/mobile/payments. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. Some ATMs within secure locations may require a physical card for entry. Note: After the ATM Access Code feature for accessing Wells Fargo accounts is discontinued, the "Use an Access Code" button may continue to be displayed on Wells Fargo ATMs to support other services.

---

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch



**WELLS FARGO**

---

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance.  Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.     $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

＋ $ _____

**C** Add **A** and **B** to calculate the subtotal.     ＝ $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

－ $ _____

**E** **Subtract** **D** **from** **C** to calculate the adjusted ending balance.  This amount should be the same as the current balance shown in your register.     ＝ $ _____

## General statement policies for Wells Fargo Bank

■  **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.**  You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058.  Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation.  If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■  **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR  D 399801          Member FDIC.