**Fill in this information to identify the case:**

Debtor Name  Chee Wei Fong

United States Bankruptcy Court for the: District of Colorado

Case number:  20-16813JGR-CH11

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                    12/17

Month:          Apr 2021                           Date report filed:   05/20/2021
                                                                        MM / DD / YYYY

Line of business: _____                NAISC code:  _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    CHEE WEI FONG

Original signature of responsible party  [signature]

Printed name of responsible party    CHEE WEI FONG

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|:---:|:---:|:---:|
| *If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.* | | | |
| 1. Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| *If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.* | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Chee Wei Fong          Case number  20-16813JGR-CH11

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.   $ 39,272.08

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.   $ 11,129.69

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.   − $ 5,871.66

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.   + $ 5,258.03
This amount may be different from what you may have calculated as *net profit*.

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.   = $ 45,353.54

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**   $ 41,460.09

*(Exhibit E)*

**\* $41,460.09 in fees to Debtor's counsel, fee application pending.**

Debtor Name  Chee Wei Fong                                    Case number  20-16813JGR-CH11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*.
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25.  **Total receivables**                                                                    $ _____0.00_____

*(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?                                    0
27.  What is the number of employees as of the date of this monthly report?                       0

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?      $ _____0.00_____
29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ ____38,974.19____ *
30.  How much have you paid this month in other professional fees?                                $ _____0.00_____
31.  How much have you paid in total other professional fees since filing the case?               $ _____3,000.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 6,881.00 | − | $ 11,129.69 | = | $ -4,248.69 |
| 33. **Cash disbursements** | $ 5,824.00 | − | $ 5,871.66 | = | $ -47.66 |
| 34. **Net cash flow** | $ 1,057.00 | − | $ 5,258.03 | = | $ -4,201.03 |

35.  Total projected cash receipts for the next month:                          $ 6,881.00
36.  Total projected cash disbursements for the next month:                   - $ 5,824.00
37.  Total projected net cash flow for the next month:                        = $ 1,057.00

**\* Paid from retainer, retainer balance $823.43.**

Debtor Name  Chee Wei Fong                                    Case number  20-16813JGR-CH11

---

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Report: 2021 Last Month Income Transaction by Month

Last Month: 4/1/2021 - 4/30/2021

Exhibit C

Chee Wei Fong

| Date | Payee | Category | Amount |
|---|---|---|---|
| 4/2/21 | COLLABERA | Income - Collabera | 3,415.21 |
| 4/2/21 | Mobile Deposit : Ref Number :108020744085 (Oil Extraction) | Deposit | 103.42 |
| 4/5/21 | Batteries Bulbs Return | Deposit | 16.01 |
| 4/13/21 | Front Range Gun Payroll 210413 P4903453 Chee Wei Fong | Income - GunSmoke | 381.28 |
| 4/16/21 | COLLABERA | Income - Collabera | 3,415.21 |
| 4/23/21 | DEPOSIT MADE IN A BRANCH/STORE (Quicken Loan Refund) | Deposit | 1.82 |
| 4/27/21 | Front Range Gun Payroll 210427 P5028630 Chee Wei Fong | Income - GunSmoke | 381.27 |
| 4/30/21 | COLLABERA | Income - Collabera | 3,415.21 |
| 4/30/21 | Interest Payment : Wells Fargo Bank Interest Income | Deposit | 0.26 |
| TOTAL | | | 11,129.69 |

Report: 2021 Last Month Transactions by Month
Last Month: 4/1/2021 - 4/30/2021

Exhibit D
Chee Wei Fong

| Date | Account | Payee | Category | Amount |
|------|---------|-------|----------|--------|
| 4/1/21 | WF DIP Checking x6748 | Broadlands Master Hoa | Home HOA Dues | -67.50 |
| 4/1/21 | WF DIP Checking x6748 | Haynie | Home Office/Professional Fees | -1,500.00 |
| 4/1/21 | WF DIP Checking x6748 | Firehouse Subs | Food and House Keeping | -11.73 |
| 4/2/21 | WF DIP Checking x6748 | Wal-mart | Food and House Keeping | -42.79 |
| 4/2/21 | WF DIP Checking x6748 | Adt Security | Home Security | -63.04 |
| 4/5/21 | WF DIP Checking x6748 | Keeper Security, Inc. | Home Office/Professional Fees | -73.48 |
| 4/5/21 | WF DIP Checking x6748 | Pho Lan | Food and House Keeping | -23.01 |
| 4/5/21 | WF DIP Checking x6748 | The Great Greek | Food and House Keeping | -22.12 |
| 4/5/21 | WF DIP Checking x6748 | Quicken Loans | Home Mortgage | -1,786.45 |
| 4/5/21 | WF DIP Checking x6748 | Chick-fil-a | Food and House Keeping | -15.18 |
| 4/6/21 | WF DIP Checking x6748 | Mcgraff | Food and House Keeping | -26.98 |
| 4/7/21 | WF DIP Checking x6748 | Raising Cane's | Food and House Keeping | -13.31 |
| 4/7/21 | WF DIP Checking x6748 | Premier Members Credit Union | Home HELOC | -750.00 |
| 4/7/21 | WF DIP Checking x6748 | Wal-mart | Food and House Keeping | -56.39 |
| 4/7/21 | WF DIP Checking x6748 | American Family Insurance | Auto Insurance | -128.26 |
| 4/7/21 | WF DIP Checking x6748 | Lake Front Hoa Dues | Home HOA Dues | -295.00 |
| 4/8/21 | WF DIP Checking x6748 | The Great Greek | Food and House Keeping | -22.12 |
| 4/8/21 | WF DIP Checking x6748 | King Soopers | Auto Fuel | -34.77 |
| 4/8/21 | WF DIP Checking x6748 | King Soopers | Food and House Keeping | -28.26 |
| 4/8/21 | WF DIP Checking x6748 | King Soopers | Food and House Keeping | -2.49 |
| 4/12/21 | WF DIP Checking x6748 | Cracker Barrel | Food and House Keeping | -26.12 |
| 4/12/21 | WF DIP Checking x6748 | Chick-fil-a | Food and House Keeping | -15.18 |
| 4/14/21 | WF DIP Checking x6748 | Raising Cane's | Food and House Keeping | -13.27 |
| 4/14/21 | WF DIP Checking x6748 | Sam's Club | Food and House Keeping | -21.40 |

| Date | Account | Payee | Category | Amount |
|---|---|---|---|---|
| 4/14/21 | WF DIP Checking x6748 | King Soopers | Food and House Keeping | -39.05 |
| 4/15/21 | WF DIP Checking x6748 | Colorado Gum Care Ltd | Medical/Eyes/Dental Expenses | -51.50 |
| 4/15/21 | WF DIP Checking x6748 | The Great Greek | Food and House Keeping | -22.12 |
| 4/19/21 | WF DIP Checking x6748 | Cracker Barrel | Food and House Keeping | -23.47 |
| 4/19/21 | WF DIP Checking x6748 | Chick-fil-a | Food and House Keeping | -15.18 |
| 4/19/21 | WF DIP Checking x6748 | Wal-mart | Food and House Keeping | -25.93 |
| 4/19/21 | WF DIP Checking x6748 | Circle K | Auto Fuel | -32.02 |
| 4/19/21 | WF DIP Checking x6748 | Xcel Energy | Home Electricity and Gas | -84.26 |
| 4/19/21 | WF DIP Checking x6748 | Comcast | Home Telecommunication | -92.02 |
| 4/20/21 | WF DIP Checking x6748 | Amazon | Clothing | -29.54 |
| 4/21/21 | WF DIP Checking x6748 | Chick-fil-a | Food and House Keeping | -15.46 |
| 4/21/21 | WF DIP Checking x6748 | Home Depot | Home Repairs | -10.64 |
| 4/21/21 | WF DIP Checking x6748 | At&t | Home Telecommunication | -62.63 |
| 4/22/21 | WF DIP Checking x6748 | Five Guys | Food and House Keeping | -20.66 |
| 4/23/21 | WF DIP Checking x6748 | Swedish Medical | Medical/Eyes/Dental Expenses | -35.00 |
| 4/23/21 | WF DIP Checking x6748 | Benedicts | Food and House Keeping | -42.86 |
| 4/23/21 | WF DIP Checking x6748 | U.s. Lawshield | Legal - US Law Shield | -13.90 |
| 4/26/21 | WF DIP Checking x6748 | King Soopers | Food and House Keeping | -17.31 |
| 4/26/21 | WF DIP Checking x6748 | Petrojohnson | Auto Fuel | -35.67 |
| 4/26/21 | WF DIP Checking x6748 | Chick-fil-a | Food and House Keeping | -6.14 |
| 4/27/21 | WF DIP Checking x6748 | Cracker Barrel | Food and House Keeping | -25.88 |
| 4/30/21 | WF DIP Checking x6748 | Sam's Club | Food and House Keeping | -78.35 |
| 4/30/21 | WF DIP Checking x6748 | Kum & Go | Auto Fuel | -27.61 |
| 4/30/21 | WF DIP Checking x6748 | Wal-mart | Food and House Keeping | -25.61 |
| TOTAL | | | | -5,871.66 |

# Wells Fargo® Preferred Checking

April 30, 2021 ■ Page 1 of 5



CHEE WEI FONG
DEBTOR IN POSSESSION
CH11 CASE #20-16813 (CO)
3751 W 136TH AVE UNIT S2
BROOMFIELD CO 80023-8149

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (163)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☑ |

 IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $30,523.81 |
| Deposits/Additions | 11,129.69 |
| Withdrawals/Subtractions | - 5,871.66 |
| **Ending balance on 4/30** | **$35,781.84** |

Account number:  ████6748

CHEE WEI FONG
DEBTOR IN POSSESSION
CH11 CASE #20-16813 (CO)

*Colorado account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  102000076



**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.26 |
| Average collected balance | $31,295.13 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.26 |
| Interest paid this year | $0.92 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 4/1 | | Purchase authorized on 03/30 Firehouse Subs 128 Loveland CO S581089705049344 Card 3990 | | 11.73 | |
| 4/1 | | Broadlands Maste Hoa Dues 210326 xxxxx2560 Chee Wei Fong | | 67.50 | |
| 4/1 | 106 | Check | | 1,500.00 | 28,944.58 |
| 4/2 | | Collabera Inc Direct Dep 210402 765079134704Xel Fong,Chee Wei | 3,415.21 | | |
| 4/2 | | Mobile Deposit : Ref Number :108020744085 | 103.42 | | |
| 4/2 | | Purchase authorized on 04/02 WM Superc Wal-Mart Sup Loveland CO P00000000336067919 Card 3990 | | 42.79 | |
| 4/2 | | ADT Security Ser Adtpapach xxxxx0151 Fong, Chee Wei | | 63.04 | 32,357.38 |
| 4/5 | | Purchase Return authorized on 04/02 Batteries+Bulbs #0 Loveland CO S611094541378276 Card 3990 | 16.01 | | |
| 4/5 | | Purchase authorized on 04/01 Pho Lan Loveland CO S301091660220839 Card 3990 | | 23.01 | |
| 4/5 | | Purchase authorized on 04/02 Tst* The Great Gre Westminster CO S581093008522487 Card 3990 | | 22.12 | |
| 4/5 | | Bill Pay Quicken Loans Recurring xxxxx37134 on 04-05 | | 1,786.45 | |
| 4/5 | | Purchase authorized on 04/03 Chick-Fil-A #03634 Westminster CO S461094057912426 Card 3990 | | 15.18 | |
| 4/5 | | Recurring Payment authorized on 04/04 Keepersecurity.Com Httpskeeperse IL S381094524685040 Card 3990 | | 73.48 | 30,453.15 |
| 4/6 | | Purchase authorized on 04/04 Tst* McGraff S Loveland CO S461094850226511 Card 3990 | | 26.98 | 30,426.17 |
| 4/7 | | Purchase authorized on 04/05 Raising Cane's 049 Longmont CO S381095631684579 Card 3990 | | 13.31 | |
| 4/7 | | Bill Pay Premier Members Credit Union Recurring xxxxxxxxxx36353 on 04-07 | | 750.00 | |
| 4/7 | | Purchase authorized on 04/07 Wal-Mart #0953 Loveland CO P00000000875867755 Card 3990 | | 56.39 | |
| 4/7 | | American Family Aft 210406 B00000210961Djs Chee W Fong | | 128.26 | |
| 4/7 | | Lake Front Hoa Dues 210405 xxxxx0320 Chee Wei Fong | | 295.00 | 29,183.21 |
| 4/8 | | Purchase authorized on 04/06 Tst* The Great Gre Westminster CO S381096862932771 Card 3990 | | 22.12 | |
| 4/8 | | Purchase authorized on 04/08 King Soopers #07 2395 W. Broomfield CO P0046109847021830 Card 3990 | | 34.77 | |
| 4/8 | | Purchase authorized on 04/08 King Soop 2355 W. 136T Broomfield CO P0000000098495364 Card 3990 | | 28.26 | |
| 4/8 | | Purchase authorized on 04/08 King Soopers #01 2355 W. Broomfield CO P0058109848744804 Card 3990 | | 2.49 | 29,095.57 |
| 4/12 | | Purchase authorized on 04/10 Chick-Fil-A #03634 Westminster CO S581101065866017 Card 3990 | | 15.18 | |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 4/12 | | Purchase authorized on 04/11 Cracker Barrel # 5800 McW Loveland CO P0030110204132649... Card 3990 | | 26.12 | 29,054.27 |
| 4/13 | | Front Range Gun Payroll 210413 P4903453 Chee Wei Fong | 381.28 | | 29,435.55 |
| 4/14 | | Purchase authorized on 04/12 Raising Cane's #35 Broomfield CO S381102793826330 Card 3990 | | 13.27 | |
| 4/14 | | Purchase authorized on 04/14 Sams Club Sam's Club Loveland CO P00000000939862201 Card 3990 | | 21.40 | |
| 4/14 | | Purchase authorized on 04/14 King Soop 253 E. 29th Loveland CO P00000000072639037 Card 3990 | | 39.05 | 29,361.83 |
| 4/15 | | Purchase authorized on 04/13 Colorado Gum Care Northglenn CO S461103601111073 Card 3990 | | 51.50 | |
| 4/15 | | Purchase authorized on 04/13 Tst* The Great Gre Westminster CO S301104014612487 Card 3990 | | 22.12 | 29,288.21 |
| 4/16 | | Collabera Inc Direct Dep 210416 797079536799Xel Fong,Chee Wei | 3,415.21 | | 32,703.42 |
| 4/19 | | Purchase authorized on 04/17 Cracker Barrel # 5800 McW Loveland CO P00461107500100737 Card 3990 | | 23.47 | |
| 4/19 | | Purchase authorized on 04/17 Chick-Fil-A #3634 Westminster CO S581108058062058 Card 3990 | | 15.18 | |
| 4/19 | | Purchase authorized on 04/18 Wal-Mart #0953 Loveland CO P00000000983543004 Card 3990 | | 25.93 | |
| 4/19 | | Purchase authorized on 04/19 Circle K # 41129 885 W Broomfield CO P00000000384184549 Card 3990 | | 32.02 | |
| 4/19 | | Xcel Energy-PSCO Xcelenergy 00087262622 Well Fargo Personal | | 84.26 | |
| 4/19 | | Comcast 8497101 xxxxx4202 210418 7768740 Chee Wei *Fong | | 92.02 | 32,430.54 |
| 4/20 | | Purchase authorized on 04/16 Amzn Mktp US*Pk7Cb Amzn.Com/Bill WA S301106621760929 Card 3990 | | 29.54 | 32,401.00 |
| 4/21 | | Purchase authorized on 04/19 Chick-Fil-A #03634 Westminster CO S301109790099467 Card 3990 | | 15.46 | |
| 4/21 | | Purchase authorized on 04/21 The Home Depot #1529 Loveland CO P00301111738169619 Card 3990 | | 10.64 | |
| 4/21 | | ATT Payment 042021 636343013Epayr Chee Wei Fong | | 62.63 | 32,312.27 |
| 4/22 | | Purchase authorized on 04/20 Five Guys CO 1591 Broomfield CO S381110818929494 Card 3990 | | 20.66 | 32,291.61 |
| 4/23 | | Deposit Made In A Branch/Store | 1.82 | | |
| 4/23 | | Purchase authorized on 04/22 Swedish Medical Ce 8664751385 TN S461112462438510 Card 3990 | | 35.00 | |
| 4/23 | | Purchase authorized on 04/22 Benedicts Restaura 720-5299797 CO S301112526483113 Card 3990 | | 42.86 | |
| 4/23 | | Recurring Payment authorized on 04/22 U.S. Lawshield WWW.Uslawshie TX S461112548972559 Card 3990 | | 13.90 | |
| 4/23 | | Purchase authorized on 04/23 King Soop 253 E. 29th Loveland CO P00000000573656987 Card 3990 | | 17.31 | 32,184.36 |
| 4/26 | | Purchase authorized on 04/24 Petrojohnson CO Johnstown CO P00000000077304719 Card 3990 | | 35.67 | |
| 4/26 | | Purchase authorized on 04/24 Chick-Fil-A #03634 Westminster CO S581115066627992 Card 3990 | | 6.14 | |
| 4/26 | | Purchase authorized on 04/25 Cracker Barrel # 5800 McW Loveland CO P00581116073975562 Card 3990 | | 25.88 | 32,116.67 |
| 4/27 | | Front Range Gun Payroll 210427 P5028630 Chee Wei Fong | 381.27 | | 32,419.59 |
| 4/27 | | Purchase authorized on 04/27 Sams Club Sam's Club Loveland CO P00000000187465566 Card 3990 | | 78.35 | |
| 4/30 | | Collabera Inc Direct Dep 210430 758056610918Xel Fong,Chee Wei | 3,415.21 | | |
| 4/30 | | Purchase authorized on 04/30 Kum&Go 0995 Loveland Loveland CO P00461120580950987 Card 3990 | | 27.61 | |

April 30, 2021 ■ Page 4 of 5



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 4/30 | | Purchase authorized on 04/30 Wal-Mart Super Center Loveland CO P00000000036832634 Card 3990 | | 25.61 | |
| 4/30 | | Interest Payment | 0.26 | | 35,781.84 |
| | | Ending balance on 4/30 | | | 35,781.84 |
| | | Totals | $11,129.69 | $5,871.66 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written  (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount |
|---|---|---|
| 106 | 4/1 | 1,500.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2021 - 04/30/2021 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee Have any **ONE** of the following account requirements | Minimum required | This fee period |
| · Total amount of qualifying direct deposits | $1,000.00 | $11,008.18 ☑ |
| · A linked Wells Fargo home mortgage | 1 | 0 ☐ |
| · Combined balance in linked accounts, which may include | $10,000.00 | $28,944.58 ☑ |
| - Minimum daily balance in personal checking, savings, Time Accounts (CDs) and FDIC-insured Retirement accounts | | |

JD/JD

 # IMPORTANT ACCOUNT INFORMATION

---

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

April 30, 2021 ■ Page 5 of 5

**WELLS FARGO**

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.                  $ \_\_\_\_\_

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

+ $ \_\_\_\_\_

**C** Add **A** and **B** to calculate the subtotal.          = $ \_\_\_\_\_

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

- $ \_\_\_\_\_

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.          = $ \_\_\_\_\_

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR D 399801                  Member FDIC.



**PREMIER MEMBERS**
C R E D I T   U N I O N
**360 Interlocken Blvd Ste 200**
**Broomfield, CO 80021**
**303.657.7000 | PMCU.ORG**

CHEE WEI FONG
UNIT S2
3751 W 136TH AVE
BROOMFIELD CO  80023-8149

1-279-1138

## ACCOUNT INFORMATION

| | |
|---|---|
| ACCOUNT NO. | xxxxxx6353 |
| STATEMENT DATE | 04/30/21 |
| PAGE | 1 of 2 |

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| SAVINGS | 5.01 | HOME LOANS | 98072.89 |
| CHECKING | | AUTO LOANS | |
| CERTIFICATES | | IRAS | |

## PRIMARY SHARE SAVINGS ID 0001

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| 04/01 | Balance Forward | | | 5.01 |
| 04/30 | Ending Balance | | | 5.01 |
| | Dividends Paid Year to Date | | 0.00 | |

## I/O HELOC (5/14) ID 0060

| Date | Transaction Description | Transaction Amount | Balance Change | Balance* |
|---|---|---|---|---|
| | Credit Limit: 0.00 | | | |
| | Available Credit: 0.00 | | | |
| | *** ANNUAL PERCENTAGE RATE 3.750% *** (Variable Rate) | | | |
| 04/01 | Balance Forward | | | 98508.71 |
| 04/08 | Payments ACH PREMIER MEMBERS | -750.00 | -435.82 | 98072.89 |
| | See Interest Charged Below | | | |
| | CO: PREMIER MEMBERS | | | |
| 04/30 | Ending Balance | | | 98072.89 |
| | Loan Information | | | |
| | Current Payment: 302.60 | | | |
| | Amount Past Due: 0.00 | | | |
| | Total Due: 302.60 | | | |
| | Due Date: 05/25/21 | | | |
| | 2020 Interest Paid | | 2682.32 | |

| Fees | | | |
|---|---|---|---|
| | TOTAL FEES FOR THIS PERIOD | 0.00 | |


**PREMIER**
**MEMBERS**
C R E D I T   U N I O N

**Member Statement**          **Page 2 of 2**

Account Number:                    xxxxxx6353
Statement Period:          04/01/21 - 04/30/21

**Interest Charged**

| 04/08 | Interest Charge | 314.18 |
|---|---|---|
| | **TOTAL INTEREST FOR THIS PERIOD** | **314.18** |

| 2021 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2021 | 0.00 |
| Total interest charged in 2021 | 1234.19 |

**LAST YEAR AND YEAR TO DATE DIVIDEND AND INTEREST CHARGES**

| Dividends Paid Year to Date | 0.00 |
|---|---|
| Interest Paid Year to Date | 1234.19 |

*The balance used to compute interest is the unpaid balance each day after payments and credits to that balance have been subtracted and any additions to the balance have been made.

S2-2
1-279-1138