**Fill in this information to identify the case:**

Debtor Name __Chee Wei Fong__

United States Bankruptcy Court for the: District of Colorado

Case number: __20-16813JGR-CH11__

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                12/17

Month: __Jun 2021__

Date report filed: __07/20/2021__
MM / DD / YYYY

Line of business: _____

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: __CHEE WEI FONG__

Original signature of responsible party __[signature]__

Printed name of responsible party __CHEE WEI FONG__

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.* | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☒ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☒ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☒ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.* | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name  Chee Wei Fong

Case number  20-16813JGR-CH11

17.  Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$  33,076.24

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$  7,289.08

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $  10,716.65

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $  -3,427.57

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $  21,971.07

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**

*(Professional Fees owed to counsel for debtor*

$  5,102.57

Debtor Name  Chee Wei Fong                                           Case number  20-16813JGR-CH11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                             $ _____0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                          0
27. What is the number of employees as of the date of this monthly report?            0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?            $ 13,816.86
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 59,194.81
30. How much have you paid this month in other professional fees?                                          $ 0.00
31. How much have you paid in total other professional fees since filing the case?                         $ 3,000.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 6,881.00 | − | $ 7,289.08 | = | $ -408.08 |
| 33. **Cash disbursements** | $ 5,824.00 | − | $ 10,716.65 | = | $ -4,892.65 |
| 34. **Net cash flow** | $ 1,057.00 | − | $ -3,427.57 | = | $ 2,370.57 |

35. Total projected cash receipts for the next month:                        $ 6,881.00
36. Total projected cash disbursements for the next month:                 − $ 5,824.00
37. Total projected net cash flow for the next month:                        = $ 1,057.00

Debtor Name <u>Chee Wei Fong</u>                    Case number <u>20-16813JGR-CH11</u>

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

# Wells Fargo® Preferred Checking

June 30, 2021 ▪ Page 1 of 6



**WELLS FARGO**

CHEE WEI FONG
DEBTOR IN POSSESSION
CH11 CASE #20-16813 (CO)
3751 W 136TH AVE UNIT S2
BROOMFIELD CO 80023-8149

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**   (1-800-869-3557)
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (163)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ✓ |

 IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $23,504.54 |
| Deposits/Additions | 7,289.08 |
| Withdrawals/Subtractions | - 10,716.65 |
| **Ending balance on 6/30** | **$20,076.97** |

Account number: █████████48

CHEE WEI FONG
DEBTOR IN POSSESSION
CH11 CASE #20-16813 (CO)

*Colorado account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 102000076

June 30, 2021 ■ Page 2 of 6



WELLS
FARGO

---

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.18 |
| Average collected balance | $21,432.27 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.18 |
| Interest paid this year | $1.34 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/1 | | Purchase authorized on 05/28 Flatirons Subaru Boulder CO S581148523148418 Card 3990 | | 17.34 | |
| 6/1 | | Purchase authorized on 05/29 Tst* Cocina and CA Loveland CO S301149469722842 Card 3990 | | 24.00 | |
| 6/1 | | Purchase authorized on 05/29 Chick-Fil-A #03634 Westminster CO S581150061826165 Card 3990 | | 15.73 | |
| 6/1 | | Purchase authorized on 05/30 Five Guys CO 1591 Broomfield CO S581150847005800 Card 3990 | | 21.87 | |
| 6/1 | | Purchase authorized on 05/31 King Soopers #01 2355 W. Broomfield CO P0058115179697835 1 Card 3990 | | 7.28 | |
| 6/1 | | Purchase authorized on 06/01 Wal-Mart Super Center Loveland CO P00000000875033013 Card 3990 | | 12.30 | |
| 6/1 | | Purchase authorized on 06/01 Sams Club Sam's Club Loveland CO P0000000172379807 Card 3990 | | 15.33 | 23,390.69 |
| 6/2 | | Purchase authorized on 06/01 Popeyes 12756 / 42 Longmont CO S461152771368430 Card 3990 | | 21.69 | |
| 6/2 | | Purchase authorized on 06/01 King Soopers #01 2355 W. Broomfield CO P0038115304339471 3 Card 3990 | | 13.87 | |
| 6/2 | | ADT Security Ser Adtpapach xxxxx0151 Fong, Chee Wei | | 63.04 | 23,292.09 |
| 6/3 | | Bill Pay Quicken Loans Recurring xxxxx37134 on 06-03 | | 1,786.45 | 21,505.64 |
| 6/4 | | My Deals Cash Back for Popeye's Chicken | 2.17 | | 21,507.81 |
| 6/7 | | Purchase authorized on 06/04 Firehouse Subs 128 Loveland CO S381150610679254 Card 3990 | | 9.00 | |
| 6/7 | | Purchase authorized on 06/05 Cracker Barrel # 5800 McW Loveland CO P00301156488094178 Card 3990 | | 17.91 | |
| 6/7 | | Purchase authorized on 06/05 Chick-Fil-A #03634 Westminster CO S581157055340137 Card 3990 | | 9.87 | |
| 6/7 | | Purchase authorized on 06/06 King Soopers #07 2395 W. Broomfield CO P0038115744690881 2 Card 3990 | | 41.09 | |
| 6/7 | | Purchase authorized on 06/06 Wal-Mart Super Center Loveland CO P0000000082150736 Card 3990 | | 4.59 | |
| 6/7 | | American Family Aft 210606 B00000211571Dia Chee W Fong | | 133.66 | 21,291.69 |
| 6/8 | | Front Range Gun Payroll 210608 P5427280 Chee Wei Fong | 381.27 | | |
| 6/8 | | Purchase authorized on 06/06 Five Guys CO 1591 Broomfield CO S461157850049805 Card 3990 | | 23.87 | |
| 6/8 | | Bill Pay Premier Members Credit Union Recurring xxxxxxxxxx36353 on 06-08 | | 750.00 | |
| 6/8 | | Lake Front Hoa Dues 210607 xxxxx0320 Chee Wei Fong | | 295.00 | 20,604.09 |
| 6/9 | | Purchase authorized on 06/04 Amzn Mktp US*2x6Sn Amzn.Com/Bill WA S581155749299471 Card 3990 | | 31.31 | |
| 6/9 | | Purchase authorized on 06/07 Chick-Fil-A #01888 Loveland CO S581158457905026 Card 3990 | | 12.87 | |

June 30, 2021 ▪ Page 3 of 6



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/9 | | Purchase authorized on 06/09 WM Superc Wal-Mart Sup Loveland CO P0000000276772089 Card 3990 | | 31.66 | 20,528.25 |
| 6/10 | | Purchase authorized on 06/09 King Soopers #07 2395 W. Broomfield CO P0046116109078351 Card 3990 | | 51.12 | 20,477.13 |
| 6/11 | | Collabera Inc Direct Dep 210611 935118170942Xel Fong,Chee Wei | 3,108.97 | | 23,586.10 |
| 6/14 | | Purchase authorized on 06/11 Firehouse Subs 128 Loveland CO S381162825355560 Card 3990 | | 15.89 | |
| 6/14 | | Purchase authorized on 06/12 Chick-Fil-A #03634 Westminster CO S301164066855233 Card 3990 | | 6.61 | |
| 6/14 | | Purchase authorized on 06/13 Front Range Gun Cl Loveland CO S301164581781115 Card 3990 | | 61.14 | 23,502.46 |
| 6/15 | | Purchase authorized on 06/13 Tst* McGraff S Loveland CO S301165000990554 Card 3990 | | 26.98 | 23,475.48 |
| 6/16 | | Purchase authorized on 06/11 NBW*New Balance 800-595-9138 MO S301162712787110 Card 3990 | | 95.79 | |
| 6/16 | | Purchase authorized on 06/16 King Soopers #06 1120 US Broomfield CO P0046116752403857B Card 3990 | | 39.89 | |
| 6/16 | | Purchase authorized on 06/16 Safeway #2624 Broomfield CO P0058116761407297 Card 3990 | | 14.04 | |
| 6/16 | | Purchase authorized on 06/16 King Soop 2355 W. 136T Broomfield CO P00000000635607235 Card 3990 | | 32.31 | 23,293.45 |
| 6/17 | | Purchase authorized on 06/15 Firehouse Subs 128 Loveland CO S381166815444368 Card 3990 | | 12.00 | |
| 6/17 | | Purchase authorized on 06/16 Simply Beauty Hair Broomfield CO S581167666497086 Card 3990 | | 44.84 | |
| 6/17 | | Purchase authorized on 06/17 Batteries+Bulbs #0433 Loveland CO P0038116861830679 Card 3990 | | 64.88 | |
| 6/17 | | Purchase authorized on 06/17 Sams Club Sam's Club Loveland CO P0000000670654686 Card 3990 | | 75.58 | |
| 6/17 | | Xcel Energy-PSCO Xcelenergy 00087262622 Well Fargo Personal | | 55.65 | 23,040.50 |
| 6/18 | | Purchase authorized on 06/16 Eyeworks / Dr. C. Louisville CO S381167595527124 Card 3990 | | 3.26 | |
| 6/18 | | Purchase authorized on 06/16 Tst* The Huckleber Louisville CO S301167597195863 Card 3990 | | 8.63 | |
| 6/18 | | Purchase authorized on 06/18 King Soopers #07 2395 W. Broomfield CO P0038116942996309 Card 3990 | | 52.34 | 22,976.27 |
| 6/21 | | Purchase authorized on 06/19 Chick-Fil-A #03634 Westminster CO S301171071008100 Card 3990 | | 11.38 | |
| 6/21 | | Purchase authorized on 06/20 Cracker Barrel # 5800 McW Loveland CO P0046117149547932 Card 3990 | | 26.84 | |
| 6/21 | | Purchase authorized on 06/20 WM Superc Wal-Mart Sup Loveland CO P0000000270639659 Card 3990 | | 37.85 | |
| 6/21 | | Purchase authorized on 06/21 King Soopers #07 2395 W. Broomfield CO P0030117276565219 Card 3990 | | 36.38 | |
| 6/21 | | Purchase authorized on 06/21 King Soop 2355 W. 136T Broomfield CO P0000000439632443 Card 3990 | | 19.28 | |
| 6/21 | | Comcast 8497101 xxxxx4202 210618 3802703 Chee Wei *Fong | | 92.22 | 22,752.32 |
| 6/22 | | Front Range Gun Payroll 210622 P5559967 Chee Wei Fong | 381.28 | | |
| 6/22 | | ATT Payment 062021 060663011Epaya Chee Wei Fong | | 62.63 | |
| 6/22 | 109 | Check | | 6,139.26 | 16,931.71 |
| 6/23 | | Purchase authorized on 06/21 Raising Cane's #35 Broomfield CO S381172673512207 Card 3990 | | 13.48 | |
| 6/23 | | Recurring Payment authorized on 06/22 U.S. Lawshield WWW.Uslawshie TX S581173545619945 Card 3990 | | 13.90 | |
| 6/23 | | Purchase authorized on 06/23 King Soop 253 E. 29th Loveland CO P0000000881207054 Card 3990 | | 24.33 | 16,880.00 |
| 6/24 | | Purchase authorized on 06/22 Chick-Fil-A #01888 Loveland CO S461173768212545 Card 3990 | | 11.15 | 16,868.85 |
| 6/25 | | Collabera Inc Direct Dep 210625 275082520427Xel Fong,Chee Wei | 3,415.21 | | |

June 30, 2021 ■ Page 4 of 6



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/25 | | Purchase authorized on 06/24 Hca Local Hospital 615-344-2404 TN S581175460862172 Card 3990 | | 35.00 | |
| 6/25 | | Purchase authorized on 06/24 Benedicts Restaura 720-5299797 CO S301175522434026 Card 3990 | | 42.42 | |
| 6/25 | | Purchase authorized on 06/25 Murphy Express Longmont CO P0000000874839964 Card 3990 | | 20.75 | 20,185.89 |
| 6/28 | | Purchase authorized on 06/26 Chick-Fil-A #03634 Westminster CO S461178060135221 Card 3990 | | 16.26 | 20,169.63 |
| 6/29 | | Purchase authorized on 06/27 Tst* The Great Gre Westminster CO S581178862086783 Card 3990 | | 22.12 | |
| 6/29 | | Purchase authorized on 06/29 Sam's Club Loveland CO P0000000083555620 Card 3990 | | 28.18 | 20,119.33 |
| 6/30 | | Purchase authorized on 06/30 Wal-Mart Super Center Loveland CO P0000000231190091 Card 3990 | | 15.88 | |
| 6/30 | | Purchase authorized on 06/30 Batteries+Bulbs #0433 Loveland CO P00301181591862551 Card 3990 | | 26.66 | |
| 6/30 | | Interest Payment | 0.18 | | 20,076.97 |
| **Ending balance on 6/30** | | | | | **20,076.97** |
| **Totals** | | | **$7,289.08** | **$10,716.65** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 109 | 6/22 | 6,139.26 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2021 - 06/30/2021 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Total amount of qualifying direct deposits | $1,000.00 | $7,286.73 ☑ |
| · A linked Wells Fargo home mortgage | 1 | 0 ☐ |
| · Combined balance in linked accounts, which may include | $10,000.00 | $16,868.85 ☑ |
|   - Minimum daily balance in personal checking, savings, Time Accounts (CDs) and FDIC-insured Retirement accounts | | |

JD/JD

 # IMPORTANT ACCOUNT INFORMATION

Effective September 1, 2021, the non-Wells Fargo ATM balance inquiry fee will increase from $2.00 to $2.50, and the non-Wells Fargo ATM transfer fee will increase from $2.00 to $2.50. To avoid these fees, monitor your balances and transfer money by accessing Wells Fargo ATMs, calling the number on the back of your card, and using Wells Fargo Online® or the Wells Fargo Mobile® app. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. These fees may not be

June 30, 2021 ▪ Page 5 of 6



applicable to all customers and may vary depending on the type of Account you have. For more details, refer to the applicable Wells Fargo Fee and Information Schedule for your Account.

Effective May 28, 2021, the document copy fee was eliminated and there is no longer a charge for this service. Thank you for banking with Wells Fargo. We appreciate your business.

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.          $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

+ $ _____

**C** **Add** **A** and **B** to calculate the subtotal.     = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

- $ _____

**E** **Subtract** **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801          Member FDIC.

Longmont - Main St
2142 N. Main Street
303-657-7000

## (MINI-STATEMENT)

| CHEE WEI FONG<br>3751 W 136TH AVE<br>BROOMFIELD CO 80020 | ACCOUNT: XXXXXXX353 | PERIOD: 06/01/21 TO 07/02/21 |
|---|---|---|

**PRIMARY SHARE SAVINGS ID:0001**

| EFFECT | POST | TRANSACTION DESCRIPTION | AMOUNT | NEW BALANCE |
|---|---|---|---|---|
| 06/01/21 | | ID 0001 - Primary Share Savings Balance Forward | | 5.01 |
| 07/02/21 | | Ending Balance | | 5.01 |

**I/O HELOC (5/14) ID:0060**

| EFFECT | POST | TRANSACTION DESCRIPTION | AMOUNT | NEW BALANCE |
|---|---|---|---|---|
| 06/01/21 | | ID 0060 - I/O Heloc (5/14) Balance Forward | | 97,625.49 |
| 06/09/21 | 06/09/21 | PAYMENT - THANK YOU ACH PREMIER MEMBERS CO:<br>PREMIER MEMBERS | 750.00 | 97,186.83 |
| | | Finance Charge: $ 311.34 Fees: $ 0.00 | | |
| 07/02/21 | | Ending Balance | | 97,186.83 |

# Chee Wei Fong
## MOR Jun 2021

| | |
|---|---:|
| 19 Total opening balance of all accounts | 33,076.24 |
| 22 Net cash flow | -3,427.57 |
| 23 Cash on hand at the end of the month without adjustment | 29,648.67 |
| *Paid from Retainer | -7,677.60 |
| Cash on hand at the end of the month | 21,971.07 |

| | |
|---|---:|
| 28 *Paid from check Number 109, June 22, 2021 | 6,139.26 |
| *Paid from Retainer | 7,677.60 |
| How much have you paid this month in professional fees related to this bankruptcy case? | 13,816.86 |

Report: 2021 Last Month Income Transaction by Month

Last Month: 6/1/2021 - 6/30/2021

Exhibit C

Chee Wei Fong

| Date | Payee | Category | Amount |
|------|-------|----------|--------|
| 6/4/21 | My Deals Cash | Deposit | 2.17 |
| 6/8/21 | Front Range Gun Payroll 210608 P5427280 Chee Wei Fong | Income - GunSmoke | 381.27 |
| 6/11/21 | COLLABERA INC DIRECT DEP 210611 93511817094ZXEL FONG.CHEE WEI | Income - Collabera | 3,108.97 |
| 6/22/21 | Front Range Gun PAYROLL 210622 P5559967 CHEE WEI FONG | Income - GunSmoke | 381.28 |
| 6/25/21 | COLLABERA INC DIRECT DEP 210625 27508252042ZXEL FONG.CHEE WEI | Income - Collabera | 3,415.21 |
| 6/30/21 | Interest Payment : Wells Fargo Bank Interest Income | Deposit | 0.18 |
| TOTAL | | | 7,289.08 |

Report: Account Transaction
Last Month: 6/1/2021 - 6/30/2021

Exhibit D
Chee Wei Fong

| Date | Account | Payee | Category | Amount |
|------|---------|-------|----------|--------|
| 6/1/21 | WF DIP Checking x6748 | Sam's Club | Food and House Keeping | -15.33 |
| 6/1/21 | WF DIP Checking x6748 | Wal-mart | Food and House Keeping | -12.3 |
| 6/1/21 | WF DIP Checking x6748 | King Soopers | Food and House Keeping | -7.28 |
| 6/1/21 | WF DIP Checking x6748 | Five Guys | Food and House Keeping | -21.87 |
| 6/1/21 | WF DIP Checking x6748 | Chick-fil-a | Food and House Keeping | -15.73 |
| 6/1/21 | WF DIP Checking x6748 | Tst* Cocina And Ca | Food and House Keeping | -24 |
| 6/1/21 | WF DIP Checking x6748 | Subaru | Auto Service and Repair | -17.34 |
| 6/2/21 | WF DIP Checking x6748 | Adt Security | Home Security | -63.04 |
| 6/2/21 | WF DIP Checking x6748 | King Soopers | Food and House Keeping | -13.87 |
| 6/2/21 | WF DIP Checking x6748 | Popeye's | Food and House Keeping | -21.69 |
| 6/3/21 | WF DIP Checking x6748 | Quicken Loans | Home Mortgage | -1,786.45 |
| 6/7/21 | WF DIP Checking x6748 | Firehouse Subs | Food and House Keeping | -9 |
| 6/7/21 | WF DIP Checking x6748 | American Family Insurance | Auto Insurance | -133.66 |
| 6/7/21 | WF DIP Checking x6748 | Wal-mart | Food and House Keeping | -4.59 |
| 6/7/21 | WF DIP Checking x6748 | King Soopers | Auto Fuel | -41.09 |
| 6/7/21 | WF DIP Checking x6748 | Chick-fil-a | Food and House Keeping | -9.87 |
| 6/7/21 | WF DIP Checking x6748 | Cracker Barrel | Personal Care | -17.91 |
| 6/8/21 | WF DIP Checking x6748 | Five Guys | Food and House Keeping | -23.87 |
| 6/8/21 | WF DIP Checking x6748 | Lake Front Hoa Dues 210607 Chee Wei Fong | Home HOA Dues | -295 |
| 6/8/21 | WF DIP Checking x6748 | Premier Members Credit Union | Home HELOC | -750 |
| 6/9/21 | WF DIP Checking x6748 | Wal-mart | Food and House Keeping | -31.66 |
| 6/9/21 | WF DIP Checking x6748 | Chick-fil-a | Food and House Keeping | -12.87 |
| 6/9/21 | WF DIP Checking x6748 | Amazon | Personal Care | -31.31 |
| 6/10/21 | WF DIP Checking x6748 | King Soopers | Auto Fuel | -51.12 |
| 6/14/21 | WF DIP Checking x6748 | Front Range Gun Club, Llc | Entertainment | -61.14 |
| 6/14/21 | WF DIP Checking x6748 | Chick-fil-a | Food and House Keeping | -6.61 |
| 6/14/21 | WF DIP Checking x6748 | Firehouse Subs | Food and House Keeping | -15.89 |

| Date | Description | Category | Amount |
|---|---|---|---|
| 6/15/21 | WF DIP Checking x6748  Tst* Mcgraff | Food and House Keeping | -26.98 |
| 6/16/21 | WF DIP Checking x6748  King Soop | Food and House Keeping | -32.31 |
| 6/16/21 | WF DIP Checking x6748  Safeway | Food and House Keeping | -14.04 |
| 6/16/21 | WF DIP Checking x6748  King Soopers | Auto Fuel | -39.89 |
| 6/16/21 | WF DIP Checking x6748  New Balance | Clothing | -95.79 |
| 6/17/21 | WF DIP Checking x6748  Xcel Energy | Home Electricity and Gas | -55.65 |
| 6/17/21 | WF DIP Checking x6748  Sam's Club | Food and House Keeping | -66.26 |
| 6/17/21 | WF DIP Checking x6748  Sam's Club | Personal Care | -9.32 |
| 6/17/21 | WF DIP Checking x6748  Batteries | Home Repairs | -64.88 |
| 6/17/21 | WF DIP Checking x6748  Simply Beauty Hair | Personal Care | -44.84 |
| 6/17/21 | WF DIP Checking x6748  Firehouse Subs | Food and House Keeping | -12 |
| 6/18/21 | WF DIP Checking x6748  Eyeworks | Medical/Eyes/Dental Expenses | -3.26 |
| 6/18/21 | WF DIP Checking x6748  King Soopers | Auto Fuel | -52.34 |
| 6/18/21 | WF DIP Checking x6748  Tst* The Huckleber | Food and House Keeping | -8.63 |
| 6/21/21 | WF DIP Checking x6748  Chick-fil-a | Food and House Keeping | -11.38 |
| 6/21/21 | WF DIP Checking x6748  Cracker Barrel | Food and House Keeping | -26.84 |
| 6/21/21 | WF DIP Checking x6748  Wal-mart | Food and House Keeping | -37.85 |
| 6/21/21 | WF DIP Checking x6748  King Soopers | Auto Fuel | -36.38 |
| 6/21/21 | WF DIP Checking x6748  KING SOOP | Food and House Keeping | -19.28 |
| 6/21/21 | WF DIP Checking x6748  Comcast | Home Telecommunication | -92.22 |
| 6/22/21 | WF DIP Checking x6748  At&t | Home Telecommunication | -62.63 |
| 6/22/21 | WF DIP Checking x6748  CHECK | Legal - Attorney Fees | -6,139.26 |
| 6/23/21 | WF DIP Checking x6748  RAISING CANE'S | Food and House Keeping | -13.48 |
| 6/23/21 | WF DIP Checking x6748  U.S. LAWSHIELD | Legal - US Law Shield | -13.9 |
| 6/23/21 | WF DIP Checking x6748  KING SOOP | Food and House Keeping | -24.33 |
| 6/24/21 | WF DIP Checking x6748  Chick-fil-a | Food and House Keeping | -11.15 |
| 6/25/21 | WF DIP Checking x6748  Murphy Express | Auto Fuel | -20.75 |
| 6/25/21 | WF DIP Checking x6748  Benedicts | Food and House Keeping | -42.42 |
| 6/25/21 | WF DIP Checking x6748  Hca Local Hospital | Medical/Eyes/Dental Expenses | -35 |
| 6/28/21 | WF DIP Checking x6748  Chick-fil-a | Food and House Keeping | -16.26 |
| 6/29/21 | WF DIP Checking x6748  Tst* The Great Gre | Food and House Keeping | -22.12 |

| Date | Account | Payee | Category | Amount |
|------|---------|-------|----------|--------|
| 6/29/21 | WF DIP Checking x6748 | Sam's Club | Food and House Keeping | -28.18 |
| 6/30/21 | WF DIP Checking x6748 | Batteries | Home Repairs | -26.66 |
| 6/30/21 | WF DIP Checking x6748 | Wal-mart | Food and House Keeping | -15.88 |
| TOTAL | | | | -10,716.65 |

# Report: Exhibit C Income June 2021 Wells DIP

6/1/2021 - 6/30/2021
1 Account, 9 Categories

| | Date | Account | Payee | Amount |
|---|---|---|---|---|
| **INCOME** | | | | |
| Income - Artech | | | | **$8,824.75** |
| | 6/8/21 | Wells Fargo Checking | ARTECH LLC DIR DEP 2105... | $5,969.88 |
| | 6/22/21 | Wells Fargo Checking | ARTECH LLC DIR DEP 2106... | $3,131.72 |
| Income - Gunsmoke | | | | $2,838.16 |
| | 6/8/21 | Wells Fargo Checking | Front Range Gun PAYROLL 2... | $762.55 |
| | 6/22/21 | Wells Fargo Checking | Front Range Gun PAYROLL 2... | $381.27 |
| Income - Pension | | | | $381.28 |
| | 6/1/21 | Wells Fargo Checking | FIDELITY INVESTM FIDELITY... | $1,092.32 |
| Income - Spouse | | | | $1,092.32 |
| | 6/2/21 | Wells Fargo Checking | Karen Weingarten Ib | $1,000.00 |
| **TOTAL** | | | | $1,000.00 |
| | | | | **$8,824.75** |