| Fill in this information to identify the case: | |
|---|---|
| Debtor Name | Chee Wei Fong |
| United States Bankruptcy Court for the: District of Colorado | |
| Case number: | 20-16813JGR-CH11 |

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11      12/17

Month: ___SEP 2021___

Date report filed: 10/18/2021 / 10/25/2021
MM / DD / YYYY

Line of business: _____

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:      CHEE WEI FONG

Original signature of responsible party _[signature]_

Printed name of responsible party   CHEE WEI FONG

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.* | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.* | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Chee Wei Fong

Case number  20-16813JGR-CH11

17. Have you paid any bills you owed before you filed bankruptcy?     ☐  ☑  ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?     ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.     $ 25,223.25

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ 7,286.91

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.     – $ 14,315.20

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.     + $ -7,028.29

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.     = $ 18,194.96

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ 15,254.50

    *Interim Fees billed by counsel and unpaid to date, subject to court approval*

Debtor Name  Chee Wei Fong                                         Case number  20-16813JGR-CH11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                      $ _____0.00

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                          _____0

27. What is the number of employees as of the date of this monthly report?             _____0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ ____9,979.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ ___71,478.38

30. How much have you paid this month in other professional fees?                       $ _____

31. How much have you paid in total other professional fees since filing the case?        $ ____3,000.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A*<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | *Column C*<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 6,881.00 | − | $ 7,286.91 | = | $ -405.91 |
| 33. **Cash disbursements** | $ 5,824.00 | − | $ 14,315.20 | = | $ -8,491.20 |
| 34. **Net cash flow** | $ 1,057.00 | − | $ -7,028.29 | = | $ 5,971.29 |

35. Total projected cash receipts for the next month:                                  $ ____6,881.00

36. Total projected cash disbursements for the next month:                           - $ ____5,824.00

37. Total projected net cash flow for the next month:                               = $ ____1,057.00

Debtor Name  Chee Wei Fong                                    Case number  20-16813JGR-CH11

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Report: 2021 Last Month Income Transaction by Month
Last Month: 9/1/2021 - 9/30/2021

Exhibit C
Chee Wei Fong

| Date | Payee | Category | Amount |
|---|---|---|---|
| 9/3/21 | COLLABERA | Income - Collabera | 3,415.21 |
| 9/14/21 | Front Range Gun Payroll | Income - GunSmoke | 381.28 |
| 9/17/21 | COLLABERA | Income - Collabera | 3,108.97 |
| 9/28/21 | Front Range Gun Payroll | Income - GunSmoke | 381.26 |
| 9/30/21 | Interest Payment : Wells Fargo Bank Interest Income | Deposit | 0.19 |
| TOTAL | | | 7,286.91 |

Report: Account Transaction
Last Month: 9/1/2021 - 9/30/2021

Exhibit D
Chee Wei Fong

| Date | Account | Payee | Category | Amount |
|------|---------|-------|----------|--------|
| 9/1/21 | WF DIP Checking x6748 | King Soopers | Personal Care | -5.93 |
| 9/1/21 | WF DIP Checking x6748 | King Soopers | Food and House Keeping | -5.95 |
| 9/1/21 | WF DIP Checking x6748 | Raising Cane's | Food and House Keeping | -14.37 |
| 9/1/21 | WF DIP Checking x6748 | Subaru | Auto Service and Repair | -69.77 |
| 9/2/21 | WF DIP Checking x6748 | Adt Security | Home Security | -67.43 |
| 9/3/21 | WF DIP Checking x6748 | Quicken Loans | Home Mortgage | -1,786.45 |
| 9/7/21 | WF DIP Checking x6748 | Petrojohnson Co | Auto Fuel | -40.83 |
| 9/7/21 | WF DIP Checking x6748 | Saigon Xpress | Food and House Keeping | -31.52 |
| 9/7/21 | WF DIP Checking x6748 | Plant Therapy | Personal Care | -46.59 |
| 9/7/21 | WF DIP Checking x6748 | Wal-mart | Food and House Keeping | -20.04 |
| 9/7/21 | WF DIP Checking x6748 | American Family Insurance | Auto Insurance | -135.66 |
| 9/7/21 | WF DIP Checking x6748 | King Soopers | Food and House Keeping | -15.76 |
| 9/7/21 | WF DIP Checking x6748 | Five Guys | Food and House Keeping | -21.69 |
| 9/7/21 | WF DIP Checking x6748 | King Soopers | Food and House Keeping | -37.55 |
| 9/7/21 | WF DIP Checking x6748 | King Soopers | Auto Fuel | -47.45 |
| 9/8/21 | WF DIP Checking x6748 | Lake Front Hoa | Home HOA Dues | -295 |
| 9/8/21 | WF DIP Checking x6748 | Sam's Club | Food and House Keeping | -21.4 |
| 9/8/21 | WF DIP Checking x6748 | Premier Members Credit Union | Home HELOC | -750 |
| 9/9/21 | WF DIP Checking x6748 | Big Daddy | Food and House Keeping | -4.34 |
| 9/10/21 | WF DIP Checking x6748 | Murphy Express | Auto Fuel | -38.23 |
| 9/13/21 | WF DIP Checking x6748 | King Soopers | Personal Care | -20.54 |
| 9/13/21 | WF DIP Checking x6748 | Amazon | Entertainment | -24.86 |
| 9/13/21 | WF DIP Checking x6748 | King Soopers | Food and House Keeping | -10.36 |
| 9/13/21 | WF DIP Checking x6748 | Lucile's | Food and House Keeping | -26.08 |
| 9/13/21 | WF DIP Checking x6748 | Wal-mart | Food and House Keeping | -14.68 |
| 9/13/21 | WF DIP Checking x6748 | Chick-fil-a | Food and House Keeping | -6.29 |
| 9/14/21 | WF DIP Checking x6748 | Mcgraff | Food and House Keeping | -26.98 |

| Date | Account | Payee | Category | Amount |
|---|---|---|---|---|
| 9/15/21 | WF DIP Checking x6748 | Raising Cane's | Food and House Keeping | -14.37 |
| 9/15/21 | WF DIP Checking x6748 | Wal-mart | Food and House Keeping | -25.28 |
| 9/16/21 | WF DIP Checking x6748 | Xcel Energy | Home Electricity and Gas | -45.36 |
| 9/17/21 | WF DIP Checking x6748 | King Soopers | Food and House Keeping | -11.49 |
| 9/20/21 | WF DIP Checking x6748 | Comcast | Home Telecommunication | -92.14 |
| 9/20/21 | WF DIP Checking x6748 | King Soopers | Food and House Keeping | -44.05 |
| 9/20/21 | WF DIP Checking x6748 | King Soopers | Auto Fuel | -46.1 |
| 9/20/21 | WF DIP Checking x6748 | Wal-mart | Food and House Keeping | -16.83 |
| 9/20/21 | WF DIP Checking x6748 | Chick-fil-a | Food and House Keeping | -11.38 |
| 9/21/21 | WF DIP Checking x6748 | Costco | Food and House Keeping | -53.74 |
| 9/22/21 | WF DIP Checking x6748 | CHECK | Legal - Attorney Fees | -5,865.20 |
| 9/22/21 | WF DIP Checking x6748 | CHECK | Legal - Attorney Fees | -4,114.00 |
| 9/22/21 | WF DIP Checking x6748 | At&t | Home Telecommunication | -62.53 |
| 9/23/21 | WF DIP Checking x6748 | U.s. Lawshield | Legal - US Law Shield | -13.9 |
| 9/24/21 | WF DIP Checking x6748 | King Soopers | Food and House Keeping | -34.8 |
| 9/24/21 | WF DIP Checking x6748 | King Soopers | Food and House Keeping | -23.65 |
| 9/24/21 | WF DIP Checking x6748 | Amazon | Entertainment | -27.62 |
| 9/24/21 | WF DIP Checking x6748 | Hca Local Hospital | Medical/Eyes/Dental Expenses | -35 |
| 9/24/21 | WF DIP Checking x6748 | Einstein Bros | Food and House Keeping | -18.4 |
| 9/27/21 | WF DIP Checking x6748 | Chick-fil-a | Food and House Keeping | -15.4 |
| 9/27/21 | WF DIP Checking x6748 | King Soopers | Auto Fuel | -38.93 |
| 9/27/21 | WF DIP Checking x6748 | Wal-mart | Food and House Keeping | -32.75 |
| 9/28/21 | WF DIP Checking x6748 | Mcgraff | Food and House Keeping | -30.37 |
| 9/29/21 | WF DIP Checking x6748 | Raising Cane's | Food and House Keeping | -14.37 |
| 9/30/21 | WF DIP Checking x6748 | King Soopers | Food and House Keeping | -40.76 |
| 9/30/21 | WF DIP Checking x6748 | Bimbo Bakeries | Food and House Keeping | -1.03 |
| TOTAL | | | | -14,315.20 |

Longmont - Main St
2142 N. Main Street
303-657-7000

# (MINI-STATEMENT)

| CHEE WEI FONG<br>3751 W 136TH AVE<br>BROOMFIELD CO 80020 | ACCOUNT: XXXXXXX353 | PERIOD: 09/01/21 TO 10/01/21 |
|---|---|---|

### PRIMARY SHARE SAVINGS ID:0001

| EFFECT | POST | TRANSACTION DESCRIPTION | AMOUNT | NEW BALANCE |
|---|---|---|---|---|
| 09/01/21 | | ID 0001 - Primary Share Savings Balance Forward | | 5.01 |
| 10/01/21 | | Ending Balance | | 5.01 |

### I/O HELOC (5/14) ID:0060

| EFFECT | POST | TRANSACTION DESCRIPTION | AMOUNT | NEW BALANCE |
|---|---|---|---|---|
| 09/01/21 | | ID 0060 - I/O Heloc (5/14) Balance Forward | | 96,295.16 |
| 09/09/21 | 09/09/21 | PAYMENT - THANK YOU ACH PREMIER MEMBERS CO: PREMIER MEMBERS | 750.00 | 95,852.26 |
| | | Finance Charge:   $ 307.10 Fees:   $ 0.00 | | |
| 10/01/21 | | Ending Balance | | 95,852.26 |

# Wells Fargo® Preferred Checking

September 30, 2021 ■ Page 1 of 6



CHEE WEI FONG
DEBTOR IN POSSESSION
CH11 CASE #20-16813 (CO)
3751 W 136TH AVE UNIT S2
BROOMFIELD CO 80023-8149

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**   (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (163)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☑ |

 IMPORTANT ACCOUNT INFORMATION

**Revised USPS service standards effective 10/1/21**

Effective October 1, 2021, the United States Postal Service (USPS) has revised its service standards for certain First-Class Mail items, resulting in a delivery window of up to five days. Please note this may delay your receipt of mail from us and our receipt of mail from you. Please take this change into account when mailing items to us via USPS.

Consider signing into Wells Fargo Online® for quicker access to your account information.

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo Personal Loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score, before you apply.

(163)

September 30, 2021 ■ Page 2 of 6



**Go to wellsfargo.com/personalloan or call 1-855-324-9370, Monday through Friday, from 8:00 a.m. to 7:00 p.m. Central Time.**

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $24,200.11 |
| Deposits/Additions | 7,286.91 |
| Withdrawals/Subtractions | - 14,315.20 |
| **Ending balance on 9/30** | **$17,171.82** |

Account number     23748

**CHEE WEI FONG
DEBTOR IN POSSESSION
CH11 CASE #20-16813 (CO)**

*Colorado account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  102000076

### Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.19 |
| Average collected balance | $22,811.90 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.19 |
| Interest paid this year | $1.89 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/1 | | Purchase authorized on 08/30 Flatirons Subaru Boulder CO S381242583996930 Card 3990 | | 69.77 | |
| 9/1 | | Purchase authorized on 08/30 Raising Cane's #35 Broomfield CO S461243037601106 Card 3990 | | 14.37 | |
| 9/1 | | Purchase authorized on 09/01 King Soopers #01 2355 W. Broomfield CO P0058124445253477 Card 3990 | | 5.95 | |
| 9/1 | | Purchase authorized on 09/01 King Soopers #01 2355 W. Broomfield CO P00301244452926105 Card 3990 | | 5.93 | 24,104.09 |
| 9/2 | | ADT Security Ser Adtpapach xxxxx0151 Fong, Chee Wei | | 67.43 | 24,036.66 |
| 9/3 | | Collabera Inc Direct Dep 210903 942217696153Xel Fong,Chee Wei | 3,415.21 | | |
| 9/3 | | Bill Pay Quicken Loans Recurring xxxxx37134 on 09-03 | | 1,786.45 | 25,665.42 |
| 9/7 | | Purchase authorized on 09/02 Saigon Xpress Longmont CO S461245826897072 Card 3990 | | 31.52 | |
| 9/7 | | Purchase authorized on 09/04 Petrojohnson CO Johnstown CO P0000000672054670 Card 3990 | | 40.83 | |
| 9/7 | | Purchase authorized on 09/05 Wal-Mart Super Center Loveland CO P00000000933987115 Card 3990 | | 20.04 | |
| 9/7 | | Purchase authorized on 09/05 Plant Therapy 208-735-2413 ID S461248531051575 Card 3990 | | 46.59 | |
| 9/7 | | Purchase authorized on 09/05 Five Guys CO1591 Q Broomfield CO S581248841812438 Card 3990 | | 21.69 | |
| 9/7 | | Purchase authorized on 09/06 King Scoop 1891 State H Erie CO P0000000739531860 Card 3990 | | 15.76 | |
| 9/7 | | Purchase authorized on 09/07 King Soopers #07 2395 W. Broomfield CO P0038125080328048 Card 3990 | | 47.45 | |
| 9/7 | | Purchase authorized on 09/07 King Soop 2355 W. 136T Broomfield CO P0000000572418103 Card 3990 | | 37.55 | |
| 9/7 | | American Family Aft 210906 B00000212491Deo Chee W Fong | | 135.66 | 25,268.33 |

September 30, 2021 ■ Page 3 of 6



WELLS
FARGO

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 9/8 | | Bill Pay Premier Members Credit Union Recurring xxxxxxxxxx36353 on 09-08 | | 750.00 | |
| 9/8 | | Purchase authorized on 09/08 Samsclub #8147 Loveland CO P0000000679734417 Card 3990 | | 21.40 | |
| 9/8 | | Lake Front Hoa Dues 210907 xxxxx0320 Chee Wei Fong | | 295.00 | 24,201.93 |
| 9/9 | | Purchase authorized on 09/08 Sq *Big Daddy Bage Lafayette CO S581251435976394 Card 3990 | | 4.34 | 24,197.59 |
| 9/10 | | Purchase authorized on 09/10 Murphy Express Longmont CO P0000000470292003 Card 3990 | | 38.23 | 24,159.36 |
| 9/13 | | Purchase authorized on 09/10 Lucile's Creole CA Longmont CO S581253608664628 Card 3990 | | 26.08 | |
| 9/13 | | Purchase authorized on 09/11 Chick-Fil-A #03634 Westminster CO S581255064986936 Card 3990 | | 6.29 | |
| 9/13 | | Purchase authorized on 09/12 Wal-Mart Super Center Loveland CO P0000000472374428 Card 3990 | | 14.68 | |
| 9/13 | | Purchase authorized on 09/12 Amzn Mktp US*253Kq Amzn.Com/Bill WA S381255583557714 Card 3990 | | 24.86 | |
| 9/13 | | Purchase authorized on 09/13 King Soop 2355 W. 136T Broomfield CO P0000000173615942 Card 3990 | | 20.54 | |
| 9/13 | | Purchase authorized on 09/13 King Soopers #01 2355 W. Broomfield CO P0058125661150222O Card 3990 | | 10.36 | 24,056.55 |
| 9/14 | | Front Range Gun Payroll 210914 P6376521 Chee Wei Fong | 381.28 | | |
| 9/14 | | Purchase authorized on 09/12 Tst* McGraff S Loveland CO S381255849305002 Card 3990 | | 26.98 | 24,410.85 |
| 9/15 | | Purchase authorized on 09/13 Raising Cane's #35 Broomfield CO S301256837063062 Card 3990 | | 14.37 | |
| 9/15 | | Purchase authorized on 09/15 WM Superc Wal-Mart Sup Loveland CO P0000000487778508 Card 3990 | | 25.28 | 24,371.20 |
| 9/16 | | Xcel Energy-PSCO Xcelenergy 00087262622 Well Fargo Personal | | 45.36 | 24,325.84 |
| 9/17 | | Collabera Inc Direct Dep 210917 930720914882Xel Fong,Chee Wei | 3,108.97 | | |
| 9/17 | | Purchase authorized on 09/17 King Soopers #00 253 E. 2 Loveland CO P0058126057842727O Card 3990 | | 11.49 | 27,423.32 |
| 9/20 | | Purchase authorized on 09/18 King Soopers #07 2395 W. Broomfield CO P00381261444778568 Card 3990 | | 46.10 | |
| 9/20 | | Purchase authorized on 09/18 Chick-Fil-A #03634 Westminster CO S461262060990409 Card 3990 | | 11.38 | |
| 9/20 | | Purchase authorized on 09/19 WM Superc Wal-Mart Sup Loveland CO P0000000239431484 Card 3990 | | 16.83 | |
| 9/20 | | Purchase authorized on 09/19 King Soop 1891 State H Erie CO P0000000687341265 Card 3990 | | 44.05 | |
| 9/20 | | Comcast 8497101 xxxxx4202 210918 6677516 Chee Wei *Fong | | 92.14 | 27,212.82 |
| 9/21 | | Purchase authorized on 09/21 Costco Whse #1178 Timnath CO P0030126478375551O4 Card 3990 | | 53.74 | 27,159.08 |
| 9/22 | | ATT Payment 092021 363500013Epayo Chee Wei Fong | | 62.53 | |
| 9/22 | 111 | Check | | 4,114.00 | |
| 9/22 | 112 | Check | | 5,865.20 | 17,117.35 |
| 9/23 | | Recurring Payment authorized on 09/22 U.S. Lawshield WWW.Uslawshie TX S301265548270787 Card 3990 | | 13.90 | 17,103.45 |
| 9/24 | | Purchase authorized on 09/23 Amzn Mktp US*2C72G Amzn.Com/Bill WA S301266317740525 Card 3990 | | 27.62 | |
| 9/24 | | Purchase authorized on 09/23 Einstein Bros Bage Englewood CO S301266447287988 Card 3990 | | 18.40 | |
| 9/24 | | Purchase authorized on 09/23 Hca Local Hospital 615-344-2404 TN S581266492545105 Card 3990 | | 35.00 | |
| 9/24 | | Purchase authorized on 09/24 King Soop 253 E. 29th Loveland CO P0000000439630652 Card 3990 | | 23.65 | |
| 9/24 | | Purchase authorized on 09/24 King Soop 1891 State H Erie CO P0000000734501078 Card 3990 | | 34.80 | 16,963.98 |
| 9/27 | | Purchase authorized on 09/25 King Soopers #07 2395 W. Broomfield CO P00381268445238824 Card 3990 | | 38.93 | |

September 30, 2021 ◾ Page 4 of 6



**WELLS FARGO**

---

### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------------|-------------|---------------------|---------------------------|----------------------|
| 9/27 | | Purchase authorized on 09/25 Chick-Fil-A #03634 Westminster CO S461269065778848 Card 3990 | | 15.40 | |
| 9/27 | | Purchase authorized on 09/26 Wal-Mart #0953 Loveland CO P00000000675097560 Card 3990 | | 32.75 | 16,876.90 |
| 9/28 | | Front Range Gun Payroll 210928 P6517798 Chee Wei Fong | 381.26 | | |
| 9/28 | | Purchase authorized on 09/26 Tst* McGraff S Loveland CO S381269861345782 Card 3990 | | 30.37 | 17,227.79 |
| 9/29 | | Purchase authorized on 09/27 Raising Cane's #35 Broomfield CO S581270827064059 Card 3990 | | 14.37 | 17,213.42 |
| 9/30 | | Purchase authorized on 09/29 Bimbo Bakeries 910 Loveland CO S301272725873457 Card 3990 | | 1.03 | |
| 9/30 | | Purchase authorized on 09/30 King Soop 1891 State H Erie CO P00000000476882448 Card 3990 | | 40.76 | |
| 9/30 | | Interest Payment | 0.19 | | 17,171.82 |
| **Ending balance on 9/30** | | | | | **17,171.82** |
| **Totals** | | | **$7,286.91** | **$14,315.20** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

---

#### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 111 | 9/22 | 4,114.00 | 112 | 9/22 | 5,865.20 |

---

#### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2021 - 09/30/2021 | Standard monthly service fee $15.00 | You paid $0.00 |
|-------------------------------------|--------------------------------------|-----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Total amount of qualifying direct deposits | $1,000.00 | $7,286.72 ☑ |
| · A linked Wells Fargo home mortgage | 1 | 0 ☐ |
| · Combined balance in linked accounts, which may include | $10,000.00 | $16,876.90 ☑ |
| - Minimum daily balance in personal checking, savings, Time Accounts (CDs) and FDIC-insured Retirement accounts | | |

JD/JD

---

 # IMPORTANT ACCOUNT INFORMATION

---

We are updating the Deposit Account Agreement ("Agreement") dated May 28, 2021. Effective August 9, 2021, in the section of the Agreement titled "Closing Accounts," the subsection "Closing your account if the balance is zero" is deleted and replaced with the following:

**Accounts with a zero balance will continue to be charged applicable fees**   (like the monthly service fee) until you request to close your account. We may close an account (except analyzed business accounts) with a zero balance on the fee period ending date or at month end without prior notification to you. Once an account is closed (either by you or us), no fees will be assessed on the account.

September 30, 2021  ■  Page 5 of 6



- To prevent closure by us, an account with a zero balance must have a qualifying transaction posted within the last two months of the most recent fee period ending date. IOLTA and RETA accounts require a qualifying transaction within ten months of the most recent fee period ending date.
- Examples of qualifying transactions are deposits and withdrawals made at a branch, ATM, online, mobile, or via telephone; one-time and recurring transfers made at a branch, ATM, online, mobile, or via telephone; automatic or electronic deposits, such as from payroll or government benefits; automatic or electronic payments, including Bill Pay; one-time and recurring purchases or payments made using a card or mobile device; and checks paid from the account. IOLTA and RETA accounts are not eligible for ATM cards or debit cards.
- Bank-originated transactions, like monthly service or other fees, are not considered qualifying transactions that will prevent closure of an account with a zero balance.

All other aspects of the Agreement remain the same. If there is a conflict between the updated language above and the Agreement, the updated language will control. The most recent Deposit Account Agreement and related addenda are located online at wellsfargo.com/online-banking/consumer-account-fees.

---

**Other Wells Fargo Benefits**

Effective December 1, 2021, there is no outgoing wire fee when customers send an outgoing international wire in foreign currency using the Wells Fargo Mobile® app or Wells Fargo Online®. Otherwise, the outgoing international foreign currency wire fee is $35.

In addition to the transfer fee, Wells Fargo makes money when it converts one currency to another currency for you. For additional information related to Wires and foreign currency, please see wellsfargo.com/online-banking/transfers/online-wires-terms-upcoming.

---

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

September 30, 2021  ■  Page 6 of 6



---

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance.  Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A**  **Enter the ending balance** on this statement.                    $ |

**B**  **List outstanding deposits and other credits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Description | Amount | |
|---|---|---|
|  |  | |
|  |  | |
|  |  | |
|  |  | |
| **Total** | **$** | |

+ $ |

**C**  Add **A** and **B** to calculate the subtotal.    = $ |

**D**  **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Number/Description | Amount | |
|---|---|---|
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
| **Total** | **$** | |

- $ |

**E**  Subtract **D** from **C** to calculate the adjusted ending balance.  This amount should be the same as the current balance shown in your register.                                      = $ |

---

## General statement policies for Wells Fargo Bank

■  **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.**  You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058.  Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation.  If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■  **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801        Member FDIC.